UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :
:
- v. - : **ORDER**
:
REGINALD FOWLER, : 19 Cr. 254 ( )
:
Defendant. :
:
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Jessica Fender, Sheb Swett, and David Zhou;

It is found that the Indictment in the above-captioned action, 19 Cr. 254, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 19 Cr. 254, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
April 30, 2019

_____
·THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____ APR 3 0 2019
DATE FILED:_____