CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-09181-ESW All Defendants

| | |
|---|---|
| Case title: USA v. Fowler | Date Filed: 04/30/2019 |
| Other court case number: 19 CRIM 254 Southern District of New York | Date Terminated: 05/10/2019 |

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (1)**

**Reginald Fowler**  represented by **Gerald A Williams**
16025-508  Federal Public Defenders Office - Phoenix
*TERMINATED: 05/10/2019*  850 W Adams St., Ste. 201
  Phoenix, AZ 85007
  602-382-2700
  Fax: 602-382-2800
  Email: Gerald_Williams@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| (1) 18:1349, Conspiracy to Committ Bank Fraud (2) 18:1344 & 2, Bank Fraud (3) 18: 1960, Conspiracy to Operate an Unlicensed Money Transmitting Business | |

(4) 18:1960 & 2, Operation of an
Unlicensed Money Transmitting Business

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gary Michael Restaino** |
| | | US Attorneys Office - Phoenix, AZ |
| | | 2 Renaissance Square |
| | | 40 N Central Ave., Ste. 1200 |
| | | Phoenix, AZ 85004-4408 |
| | | 602-514-7756 |
| | | Fax: 602-514-7450 |
| | | Email: Gary.Restaino@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Vincent Quill Kirby** |
| | | US Attorneys Office - Phoenix, AZ |
| | | 2 Renaissance Square |
| | | 40 N Central Ave., Ste. 1200 |
| | | Phoenix, AZ 85004-4408 |
| | | 602-514-7500 |
| | | Fax: 602-514-7650 |
| | | Email: Vincent.Kirby@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2019 | [1](#) | Arrest (Rule 40) of Reginald Fowler. (MJF) (Entered: 04/30/2019) |
| 04/30/2019 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Initial Appearance in Rule 5 Proceedings as to Reginald Fowler held on 4/30/2019. FINANCIAL AFFIDAVIT TAKEN. THE COURT FINDS the defendant is NOT indigent. The Court appoints AFPD Gerald Williams and advises the defendant that he will be responsible for reimbursement of the cost of defense. Counsel is directed to maintain a record of the hours expended on this case to facilitate calculation of the cost of defense. The Government is seeking detention. Upon request of defense counsel, the Court sets a Detention Hearing and Status Hearing re: Identity Hearing. Defendant temporarily detained pending further proceedings in this district.<br><br>**Appearances**: AUSA Vincent Kirby for the Government, AFPD Gerald Williams for defendant. Defendant is present and in custody. Detention Hearing and Status Hearing re: Identity Hearing set for 5/2/2019 at 3:45 PM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S. Willett. (Recorded by COURTSMART.) Hearing held 3:24 PM to 3:28 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. *Appearances section modified on 4/30/2019 to include Status Hearing re: Identity Hearing. (MRH) |

| | | |
|---|---|---|
| | | (Entered: 04/30/2019) |
| 04/30/2019 | 3 | SEALED CJA 23 Financial Affidavit by Reginald Fowler. (MRH) (Entered: 04/30/2019) |
| 05/01/2019 | 5 | NOTICE OF ATTORNEY APPEARANCE: Gary M. Restaino appearing for USA . (Restaino, Gary) (Entered: 05/01/2019) |
| 05/01/2019 | 6 | MEMORANDUM by USA as to Reginald Fowler *in support of detention*. (Restaino, Gary) (Entered: 05/01/2019) |
| 05/02/2019 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Status Hearing re: Identity Hearing as to Reginald Fowler held on 5/2/2019. Defendant is placed under oath and WAIVES the Identity Hearing. THE COURT FINDS identity has been established. This is also the time set for a Detention Hearing. Upon request of defense counsel and time having been waived by the defendant, IT IS ORDERED continuing the Detention Hearing. Defendant temporarily detained pending further proceedings in this district.<br><br>**Appearances**: AUSA Gary Restaino for the Government, AFPD Gerald Williams for defendant. Defendant is present and in custody. Detention Hearing reset for 5/10/2019 at 1:30 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michelle H. Burns. (Recorded by COURTSMART.) Hearing held 3:38 PM to 3:41 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 05/02/2019) |
| 05/06/2019 | 9 | IT IS ORDERED the Detention Hearing set for 5/10/2019, as to Reginald Fowler, is RESET. Detention Hearing set for 5/9/2019 at 02:00 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michelle H Burns. Ordered by Magistrate Judge Michelle H Burns.(MHB, ec)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/06/2019) |
| 05/09/2019 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Michelle H Burns: Detention Hearing as to Reginald Fowler submitted on 5/9/2019. Defendant ordered released on bond with conditions. Defendant submits passport to Pretrial Services in open court.<br><br>**Appearances**: AUSA Vincent Kirby for the Government, AFPD Gerald Williams for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 2:06 PM to 2:15 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 05/10/2019) |
| 05/09/2019 | 11 | ORDER Setting Conditions of Release as to Reginald Fowler. Signed by Magistrate Judge Michelle H Burns on 5/9/2019.(KGM) (Entered: 05/10/2019) |
| 05/10/2019 | 14 | ORDER OF REMOVAL to District of Southern District of New York as to Reginald Fowler. Signed by Magistrate Judge Michelle H Burns on 5/10/2019.(KGM) (Entered: 05/10/2019) |
| 05/10/2019 | 15 | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Reginald Fowler. Your case number is: 1:19-cr-00254-ALC-1. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail. If you require the passport, please contact Pretrial Services at [azptdb_router_pts@azd.uscourts.gov]. For a bond transmittal, |

| | | |
|---|---|---|
| | | please contact our Finance Office at [azddb_finance@azd.uscourts.gov].<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)*<br>(KGM) (Entered: 05/10/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2019 08:05:03 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-09181-ESW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |