AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
For the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>**Reginald Fowler**<br>*Defendant* | )<br>)<br>) Case No. 19-09181MJ-001-PHX-ESW<br>)<br>) Charging District: Southern District of New York<br>) Charging District's Case No. 1:19-cr-00254-ALC-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| **Place**:<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007<br><br>MAGISTRATE JUDGE:<br>Judge Andrew Carter | **Courtroom No.:** 1306 |
|---|---|
| | **Date:** May 15, 2019<br>**Time:** 4:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 10, 2019

*Michelle H Burns*
*Judge's signature*

Michelle H. Burns, United States Magistrate Judge
*Printed name and title*