AO 100A (Rev. 01/09) Bail Information Sheet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Reginald Fowler
*Defendant*

Case No. 19-09181MJ

**BAIL INFORMATION SHEET**
*(Under Fed. R. Crim. P. 49.1, this form may only be filed in court if redacted or under seal.)*

**Defendant's information:**

Name: Reginald Fowler
Date of birth: 2/4/1959       Social Security No.: 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
Immigration status: _____    Alien Registration No.: _____

Home address: 4397 Rickenbacker
              Home/cell phone No(s).: 480 226-1219
Employer's name: Spinal
Employer's address: 7100 W Erie Chandler AZ 85226
Work phone No.: 480 226-1719    Length of employment: ____ ☐ months ☐ years

Name, address, and phone number of any persons with whom defendant will live during pendency of the case:
_____

Name, address, and phone number of any persons residing in the United States who will know how to contact defendant, aside from sureties on this bond:
_____

I swear under penalty of perjury that the above information is true.

*Defendant's signature*

**Defendant's attorney information:**

Name: _____            Phone(s): _____
Address: _____

AUSA: _____ (initials)    **Defendant's Attorney:** _____ (initials)

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Reginald Fowler<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  19-09181MJ |

## APPEARANCE BOND

### Defendant's Agreement

I, _Reginald Fowler_ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ 5,000,000.00 , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
   *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
   Two financially responsible co-signers and real property (to be posted in NY):
   3965 Bayamon Street, Las Vegas, Nevada; 8337 Brittany Harbor Drive, Las Vegas, Nevada
   4670 Slippery Rock Drive, Fort Worth, Texas; 4417 Chaparral Creek Drive, Fort Worth, Texas
   8821 Friendswood Drive, Fort Worth, Texas
   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
   _____
   _____
   _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5/9/19

_____
*Defendant's signature*

_____                         _____
*Surety/property owner – printed name*            *Surety/property owner – signature and date*

_____                         _____
*Surety/property owner – printed name*            *Surety/property owner – signature and date*

_____                         _____
*Surety/property owner – printed name*            *Surety/property owner – signature and date*

CLERK OF COURT

Date: 5/9/2019
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 5/9/19
_____
*Judge's signature*

# United States District Court--District of Arizona - Phoenix
## Order Setting Conditions of Release

DATE: 5/9/2019        CASE NUMBER: 19-09181-PHX-ESW

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    MAY    9 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____
```

**USA vs. Reginald Fowler**

- ☒ **PERSONAL RECOGNIZANCE**
- ☒ **AMOUNT OF BOND** $5,000,000.00
  - ☐ UNSECURED
  - ☒ SECURED BY: TWO FINANCIALLY RESPONSIBLE CO-SIGNERS AND REAL PROPERTY (TO BE POSTED IN NEW YORK)
  - SECURITY TO BE POSTED BY _____

NEXT APPEARANCE: 5/15/2019 at 4:30 pm or as directed through counsel
- ☒ Southern District of New York, 40 Foley Square, NY, NY 10007
- ☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

- ☒ appear at all proceedings as required and to surrender for service of any sentence imposed.
- ☒ not commit any federal, state or local crime.
- ☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- ☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.
- ☒ maintain or actively seek verifiable employment if defendant is physically or medically able and provide proof of such to Pretrial Services.
- ☒ not travel outside of: Southern District of New York, Eastern District of New York and the District of Arizona unless express PRIOR Court or Pretrial Services permission is granted to do so. Additional domestic travel subject to approval by Pretrial Services.
- ☐ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), and/or ( ) the custodial parent, except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren): _____
- ☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.
- ☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.
- ☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property: _____
- ☐ Defendant is placed in the third party custody of _____
- ☐ refrain from ☐ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.
- ☐ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services, if reasonable suspicion exists that the defendant is using illicit drugs or abusing alcohol. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.
- ☒ shall surrender all travel documents to Pretrial Services by and will not obtain a passport or other travel document during the pendency of these proceedings.
- ☒ obtain no passport.
- ☐ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.
- ☒ maintain weekly contact with his/her counsel by Friday, noon of each week.
- ☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $

- ☐ The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.
- ☐ shall not access via computer or possess any photographs or videos of sexually explicit conduct as defined by 18 U.S.C. § 2256(2)

☒ shall not open any new lines of credit without PRIOR Pretrial Services approval.

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE 5/9/19 | SIGNATURE OF DEFENDANT [signed] |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: 5/9/2019                          [signed] MICHELLE H. BURNS
                                         United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

# FedEx US Airbill

Package Express

FedEx Tracking Number: **8112 8574 5237**

## 1 From *Please print and press hard.*

Date: 5/10/19

Sender's Name: Kenneth Miller
Sender's FedEx Account Number: _____
Phone: (602) 322-7217

Company: U S DISTRICT COURT

Address: 401 W WASHINGTON ST SPC 1

City: PHOENIX   State: AZ   ZIP: 85003-2118

## 2 Your Internal Billing Reference

First 24 characters will appear on invoice.

Clerk's Office

## 3 To

Recipient's Name: _____   Phone: _____

Company: Thurgood Marshall US Courthouse

Address: 40 Foley Square

City: New York   State: NY   ZIP: 10007

0126565342

## 4 Express Package Service *To most locations.

Form ID No. **0215**

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging * Declared value limit $500.

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked.
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:

- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages ___   Total Weight ___ lbs.   Total Declared Value $ ___ .00

Rev. Date 5/15 • Part #153134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

Leave the packing to the pros at FedEx Office.
Go to fedex.com/office