**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

        Plaintiff,

-against-                                       19 cr 00254 (ALC)

**REGINALD FOLWER**                    **AFFIDAVIT**

        Defendant.

I, N. Scott Rosenblum, solemnly swear or affirm that I am in good standing of the bar of the State of Missouri and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

_____        120 S. Central Ave., Ste. 130, Clayton, MO 63105
(Signature)                                            (Business Address)

N. Scott Rosenblum
N. SCOTT ROSENBLUM (printed)

State of Missouri Bar: 33390                St. Louis, Missouri 63105
(State & Bar Number)                              (City, State, Zip)

nrosenblum@rsflawfirm.com                314-862-4332
(email)                                                  (Business Telephone Number)

STATE OF MISSOURI    )
                                )
COUNTY OF St. Louis   )

Subscribed and sworn to before me this 14th day of May, 2019.

JENNIFER JONES
Notary Public - Notary Seal
Jefferson County - State of Missouri
Commission Number 14623146
My Commission Expires Jul 17, 2022

Notary Public

My Commission Expires: July 17, 2022