AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   19-09181MJ |
| Reginald Fowler | ) | |
| Defendant | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ REGINALD FOWLER _____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( )  (1)  This is a personal recognizance bond.

( )  (2)  This is an unsecured bond of $ _____ .

( X )  (3)  This is a secured bond of $  5,000,000.00 _____ , secured by:

( )  (a)  $ _____ , in cash deposited with the court.

( X )  (b)  the agreement of the defendant and each surety to forfeit the following cash or other property
(*describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value*):
Two financially responsible co-signers and real property (to be posted in NY):

3965 Bayamon Street, Las Vegas, Nevada; 8337 Brittany Harbor Drive, Las Vegas, Nevada

4670 Slippery Rock Drive, Fort Worth, Texas; 4417 Chaparral Creek Drive, Fort Worth, Texas

8821 Friendswood Drive, Fort Worth, Texas

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( )  (c)  a bail bond with a solvent surety (*attach a copy of the bail bond, or describe it and identify the surety*):

_____

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.*  The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its
value          while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5/9/19

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 5/9/2019

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 5/9/19

_____
*Judge's signature*

Align top of **FedEx Express**® **Shipping Label** here.



FedEx® Express

**Package US Airbill**

FedEx Tracking Number: 8112 8574 5237

**1 From**

Date 5/9/19

Sender's Name Kenneth Miller   Phone 602 322-7217

Company U S DISTRICT COURT

Address 401 N WASHINGTON ST SPC 1   Dept/Floor/Suite/Room

City PHOENIX   State AZ   ZIP 85003-2118

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Clerks Office   Phone

Company Thurgood Marshall US Courthouse

Address 40 Foley Square   Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City New York   State NY   ZIP 10007

8112 8574 5237

06397025

fedex.com 1.800.GoFedEx 1.800.463.3339

SLA2

**4 Express Package Service** *To most locations.*

**Next Business Day**

☐ FedEx First Overnight.
☐ FedEx Priority Overnight. (checked)
☐ FedEx Standard Overnight

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

Packages up to 150 lbs. For packages over 150 lbs, use the FedEx Express Freight US Airbill.

**5 Packaging**   *Declared value limit $500.*

☐ FedEx Envelope*   ☑ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ Saturday Delivery

☐ No Signature Required
☑ Direct Signature
☐ Indirect Signature

**Does this shipment contain dangerous goods?**
☑ No   ☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment**  Bill to:

☐ Sender   ☑ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight

0124968342

Form 0215

Rev. Date 5/15 • Part #153134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

FedEx TRK# 8112 8574 5237   0215

MON – 13 MAY 10:30A
PRIORITY OVERNIGHT
DSR
10007
NY-US EWR

SB PCTA

611