UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

        Plaintiff,

-against-

REGINALD FOLWER

        Defendant.

19 cr 00254 (ALC)

MOTION FOR ADMISSION

PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, N. Scott Rosenblum hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Reginald Fowler in the above-captioned action.

I am in good standing of the bar of the State of Missouri and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: N. Scott Rosenblum

Firm Name: Rosenblum, Schwartz, & Fry

Address: 120 S. Central Ave., Ste. 130,

City/State/Zip: Clayton, Missouri 63105

Telephone/Fax: 314-862-4332/314-862-8050

Email: srosenblum@rsflawfirm.com