**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

                     Plaintiff,

     -against-

**REGINALD FOLWER**

                Defendant.

19 cr 00254 (ALC)

**AFFIDAVIT**

I, N. Scott Rosenblum, solemnly swear or affirm that I am in good standing of the bar of the State of Missouri and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

_____
(Signature)

120 S. Central Ave., Ste. 130, Clayton, MO 63105
(Business Address)

N. Scott Rosenblum
_____
N. SCOTT ROSENBLUM (printed)

State of Missouri Bar: 33390
(State & Bar Number)

St. Louis, Missouri 63105
(City, State, Zip)

nrosenblum@rsflawfirm.com
(email)

314-862-4332
(Business Telephone Number)

STATE OF MISSOURI     )
                    )
COUNTY OF St. Louis    )

Subscribed and sworn to before me this 14th day of May, 2019.

JENNIFER JONES
Notary Public - Notary Seal
Jefferson County - State of Missouri
Commission Number 14623146
My Commission Expires Jul 17, 2022

Notary Public _____

My Commission Expires: July 17, 2022