**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Plaintiff,

-against-                                                       19 cr 00254 (ALC)

**AFFIDAVIT**

**REGINALD FOLWER**

_____ Defendant.

I, Marc M. Johnson, solemnly swear or affirm that I am in good standing of the bar of the State

of Missouri and there are no pending disciplinary proceedings against me in any state or federal

court.  I have never been convicted of a felony. I have never been censured, suspended, disbarred

or denied admission or readmission by any court.

_____      120 S. Central Ave., Ste. 130, Clayton, MO 63105
(Signature)                                                  (Business Address)

_____      MARC JOHNSON
MARC M. JOHNSON (printed)

State of Missouri Bar: 58065                      St. Louis, Missouri 63105
(State & Bar Number)                              (City, State, Zip)

mjohnson@rsflawfirm.com                                   314-862-4332
(email)                                                  (Business Telephone Number)


STATE OF MISSOURI                   )
                                    )
COUNTY OF St. Louis                 )


Subscribed and sworn to before me this 14th day of May, 2019.

JENNIFER JONES
Notary Public - Notary Seal
Jefferson County - State of Missouri
Commission Number 14623146
My Commission Expires Jul 17, 2022

Notary Public _____

My Commission Expires: July 17, 2022