UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff, | |
| -against- | 19 cr 00254 (ALC) |
| **REGINALD FOLWER** | **ORDER FOR ADMISSION** |
| Defendant. | **PRO HAC VICE** |

The motion of Marc M. Johnson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Missouri; and that his contact information is as follows (please print):

Applicant's Name: Marc M. Johnson

Firm Name: Rosenblum, Schwartz, & Fry

Address: 120 S. Central Ave., Ste. 130,

City/State/Zip: Clayton, Missouri 63105

Telephone/Fax: 314-862-4332/314-862-8050

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Reginald Fowler in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorney's appearing before this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                             United States District/Magistrate Judge