USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6-12-19**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Plaintiff,

-against-

**REGINALD FOLWER**

_____ Defendant.

19 cr 00254 (ALC)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

The motion of Marc M. Johnson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Missouri; and that his contact information is as follows (please print):

Applicant's Name: Marc M. Johnson _____

Firm Name: Rosenblum, Schwartz, & Fry _____

Address: 120 S. Central Ave., Ste. 130, _____

City/State/Zip: Clayton, Missouri 63105 _____

Telephone/Fax: 314-862-4332/314-862-8050 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Reginald Fowler in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorney's appearing before this Court, including the Rules governing discipline of attorneys.

Dated: **6-12-19**

_____
United States District ▮▮▮▮▮▮ Judge