**Hogan Lovells**

MEMO ENDORSED

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

July 24, 2019

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-26-19

Hon. Andrew Carter
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Reginal Fowler
      Indictment No.: 19-CR-254

Dear Judge Carter:

Pursuant to the Court's instructions, the parties have conferred and request that a further status hearing be set in the above-referenced case for the purpose of completing discovery to the defendant. If acceptable to the Court, a status hearing on either September 16 or September 18, 2019, would be convenient for both the defense and the government. The parties agree to exclude from Speedy Trial Act calculations the time from today until the next status date set by the Court.

Sincerely yours,

James G. McGovern
Partner
james.mcgovern@hoganlovells.com
D 212-918-3220

cc:   AUSA Sebastian Swett

*Application granted. Status Conference adjourned to 9-16-19 at 10:00 a.m.*
*So Ordered.*
*7-26-19*

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar Zagreb Business Service Centers: Johannesburg Louisville Legal Services Center Berlin. For more information see www.hoganlovells.com