

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Reginald Fowler, et al.*, S1 19 Cr. 254 (ALC)

Dear Judge Carter,

      The Government writes to respectfully request entry of the attached proposed protective order, which would govern the discovery in this matter.  Prior to submitting this request, the Government confirmed with defense counsel for Mr. Fowler that counsel consents to the proposed order in the form attached hereto.  Please do not hesitate to contact the undersigned with any questions or concerns.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: _____
      Jessica Fender / Sebastian Swett
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2276 / 6522

cc:    Counsel of record (via CM/ECF)

Enclosure