# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19 cr. 254 |
| Reginald Fowler | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reginald Fowler                                                                                                                .

Date:    09/13/2019                                                    /s/ James McGovern
                                                                                        *Attorney's signature*

                                                                                        James McGovern
                                                                                *Printed name and bar number*

                                                                                    Hogan Lovells US LLP
                                                                                    390 Madison Avenue
                                                                                    New York, New York 10017
                                                                                                *Address*

                                                                            james.mcgovern@hoganlovells.com
                                                                                        *E-mail address*

                                                                                        (212) 918-3220
                                                                                    *Telephone number*

                                                                                        (212) 918-3100
                                                                                        *FAX number*