**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11-6-19**

**VIA CM/ECF AND EMAIL**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Reginald Fowler, et al.*, S1 19 Cr. 254 (ALC)

Dear Judge Carter,

The parties write to respectfully request an adjournment of the currently scheduled status date on November 13, 2019 at 11:15 a.m. to a date convenient for the Court in January 2020. The parties are making this request so that they may continue to discuss a potential pretrial disposition for defendant Reginald Fowler. If the Court is inclined to grant the request, the Government further moves to exclude Speedy Trial time through the date set by the Court; the defense has advised that there is no objection to this request. Please do not hesitate to contact the undersigned if Your Honor has any questions or concerned.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jessica Fender / Sebastian Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522

cc: Counsel of record (via CM/ECF)

Application granted. Status conference adjourned to 1-8-20 at 10:00 a.m.
So Ordered.
/s/ Andrew L. Carter
11-6-19