

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2019

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Reginald Fowler*, S1 19 Cr. 254 (ALC)

Dear Judge Carter:

    The Government writes to advise the Court that it is anticipated that defendant Reginald Fowler will enter a change of plea at the next court conference before Your Honor. Due to various scheduling considerations, the parties respectfully request that the next status conference, set for January 8, 2020, be adjourned and the matter instead be set for a change of plea to take place on Friday, January 10, 2020 at 3:00 p.m. Prior to making this request, the Government conferred with chambers to confirm the Court's availability at the requested time.

    In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through Friday, January 10, 2020 or another date set by the Court for the change of plea, in the interests of justice. Counsel for the defendant do not object to the exclusion of time.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Jessica Fender / Sheb Swett
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2276 / 6522

cc:    Defense counsel of record (by ECF)