

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2020

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Reginald Fowler*, S1 19 Cr. 254 (ALC)

Dear Judge Carter:

Due to scheduling conflicts, the parties respectfully request that the change of plea proceeding previously scheduled for January 10, 2020 be re-set to a time convenient for the Court the morning of January 17, 2020. In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through Friday, January 17, 2020 or another date set by the Court for the change of plea, in the interests of justice. Counsel for the defendant do not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jessica Fender
Sheb Swett
Samuel Rothschild
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522 / 2504

cc:   Defense counsel of record (by ECF)