

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Reginald Fowler*, S1 19 Cr. 254 (ALC)

Dear Judge Carter:

Pursuant to the Court's order at the last conference, the parties respectfully write to advise the Court as to the status of the case. On Thursday, Mr. Fowler rejected the current plea offer, and the Government has formally withdrawn that offer; thus, the parties anticipate the case proceeding to trial as scheduled on April 28, 2020. Although the Court set a schedule for motions *in limine* in advance of trial, a motion schedule for general pretrial motions has not been set; thus, the parties will confer and submit a joint letter within the next week proposing a schedule for the Court's consideration.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____
Jessica Fender
Sheb Swett
Samuel Rothschild
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522 / 2504

cc:   Defense counsel of record (by ECF)