

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2020

**BY EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

Re:   *United States v. Reginald Fowler*, S1 19 Cr. 254 (ALC)

Dear Judge Carter:

On January 29, 2020, the Court signed a sealed post-indictment restraining order, restraining assets held in three accounts at Santander UK PLC ("Santander UK"). A copy of the Order is attached as Exhibit A. The Government respectfully requests that the Court unseal the Order so that the Government may provide a copy of the Order to Santander UK and others.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jessica Fender
Sheb Swett
Samuel Rothschild
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522 / 2504

So Ordered: _____
2-5-20