

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2020

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-20-20

Re:  *United States v. Reginald Fowler*, S1 19 Cr. 254 (ALC)

Dear Judge Carter:

The parties respectfully write to request that the Court enter a schedule for pretrial motions in the above-captioned matter. The parties propose that pretrial motions be filed by February 28, 2020, with oppositions due on March 13, 2020, and any replies due on March 20, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  */s/ Sheb Swett*
Jessica Fender
Sheb Swett
Samuel Rothschild
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522 / 2504

cc:  Defense counsel of record (by ECF)

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   2-20-20