

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Reginald Fowler*, **S3 19 Cr. 254 (ALC)**

Dear Judge Carter:

    The parties have conferred following the return of Superseding Indictment S3 19 Cr. 254, and write to respectfully request that the matter be set for arraignment on May 5, 2020 at 11:00 a.m. Prior to making this request, the Government conferred with chambers to confirm the Court's availability.

    The Government further notes that at the time of arraignment, defense counsel has advised it will request an adjournment of the trial date in this matter, which is presently set to begin on April 28, 2020. The Government opposes the adjournment; thus, the parties anticipate addressing the issue before the Court at the time set for the arraignment.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   /s/ Jessica Fender
    Jessica Fender
    Sheb Swett
    Samuel Rothschild
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2276 / 6522 / 2504

cc:    Defense counsel of record (by ECF)