

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

February 28, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Reginald Fowler*, S3 19 Cr. 254 (ALC)

Dear Judge Carter:

      The defense respectfully submits this brief letter to request that the Court reschedule the filing dates for pretrial motions in this case. By way of background, on February 14, 2020, the government submitted a letter (ECF 53) proposing that pretrial motions be due on February 28, 2020, with responses and replies to follow in March 2020. The Court endorsed the proposed schedule on February 20, 2020 (ECF 54). On that same date, however, the government filed a superseding indictment that substantially expanded the scope of its case and added a wire fraud charge, which is based on new factual allegations that are distinct from the original money-transmitter and bank fraud charges. To date, the defense has received no discovery pertaining to the new fraud charge, and is, therefore, not in a position to determine whether any related pretrial motions are appropriate.

      After conferring with counsel and chambers, the government submitted a letter (ECF 56) requesting that the Court schedule the defendant's arraignment on the superseding indictment for Thursday, March 5, 2020, at 11:00 a.m. During that hearing, the defense intends to ask the Court to adjourn the current trial date of April 28, 2020, to afford the defense a full and fair opportunity to obtain and review discovery, conduct its own investigation of the new charge and otherwise adequately prepare for trial. Relatedly, the defense respectfully requests that the Court set a new pretrial motion schedule that will give the defense the opportunity to review the discovery and determine what, if any, pretrial motions are necessary and appropriate.

Respectfully submitted,

/s/ James G. McGovern

James G. McGovern

cc:   All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center: Berlin.  For more information see www.hoganlovells.com