**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-2-20

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Reginald Fowler*, S3 19 Cr. 254 (ALC)

Dear Judge Carter:

The parties write to respectfully request that the arraignment on Superseding Indictment S3 19 Cr. 254, be re-scheduled to March 5, 2020 at 2:00 p.m. Prior to making this request, the Government conferred with chambers to confirm the Court's availability. As noted in prior correspondence, the parties also anticipate addressing the defense's request to adjourn the trial date of April 28, 2020 at that time.

*The arraignment is rescheduled to 3-5-20 at 3:00 p.m.*
*So Ordered.*
*[signature] Andrew L. Carter*
*3-2-20*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: [signature]
Jessica Fender
Sheb Swett
Samuel Rothschild
Assistant United States Attorneys
Southern District of New York
(212) 637-2276 / 6522 / 2504

cc: Defense counsel of record (by ECF)