USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

19 Cr. 254 (ALC)

**ORDER**

-against-

Reginald Fowler,

        Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the March 5, 2020 arraignment, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until January 11, 2021 to allow the Defendant to review, better prepare for trial.

    The Court finds that the interests of justice are served by such an exclusion to allow the Defendant better prepare for trial and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from March 5, 2020 through January 11, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       March 5, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE