USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/1/20___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

     -against-

**REGINALD FOWLER,**

                **Defendant.**

-------------------------------------------------------------- x

**19-CR-254 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The status conference scheduled for July 7, 2020 is adjourned to **August 12, 2020** at 1**2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
            **July 1, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**