**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    19 Cr. 254 (ALC)

**ORDER**

    -against-

Reginald Fowler,

        Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    The August 12, 2020 status conference is adjourned to **October 15, 2020** at **2:00 p.m.**

    Accordingly, it is ORDERED: the time from August 12, 2020 through October 15, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       August 6, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE