USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/13/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**United States of America,**

                                  **ORDER**
                                  **19-CR-254 (ALC)**

       -against-

**Reginald Fowler,**

            Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference scheduled for October 15, 2020 at 2:00 p.m. is converted to a telephone status conference. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

    **SO ORDERED.**

**Dated:** New York, New York
         October 13, 2020

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**