USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**                    :
                                                 :
                **Plaintiff,**    :
                                                 :       **19-CR-254 (ALC)**
    **-against-**                              :
                                                 :       **ORDER**
**REGINALD FOWLER,**                             :
                                                 :
                **Defendant.**   :
                                                 :
------------------------------------------------------------------- :
                                                                    x

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for **November 13, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **November 10, 2020**

                                                                       */s/ Andrew L. Carter, Jr.*
                                                                       **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**