| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __12/14/2020__ |

```
UNITED STATES OF AMERICA,           :
                                    :
                     Plaintiff,     :
                                    :     19-CR-254 (ALC)
         -against-                  :
                                    :     ORDER
REGINALD FOWLER,                    :
                                    :
                     Defendant.     :
                                    :
```

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **December 17, 2020** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **December 14, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**