```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/15/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                   **Plaintiff,**

         **-against-**

**REGINALD FOWLER,**

                   **Defendant.**

--------------------------------------------------------------- x

**19-CR-254 (ALC)**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The December 17, 2020 Telephone Status Conference is adjourned to **December 18, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**  **New York, New York**
               **December 15, 2020**

_____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**