UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                **ORDER**
                                                19-CR-254 ALC)

       -against-

**Reginald Fowler,**

                Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Status Conference set for **February 9, 2021** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated: New York, New York
       February 8, 2021

                                                **ANDREW L. CARTER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**