

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Reginald Fowler*, **S3 19 Cr. 254 (ALC)**

Dear Judge Carter:

      The Government writes, pursuant to the Court's February 9, 2021 order (Dkt. 84), to inform the Court that no attorney has filed a Notice of Appearance or contacted the Government on behalf of the defendant in the above-captioned matter. The Government respectfully requests that the Court schedule a status conference and that the Court exclude time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The exclusion of time will allow the defendant to obtain counsel, either retained or appointed, and provide that counsel the opportunity to review discovery, consider potential defenses, and discuss a resolution with the Government.

                                    Respectfully submitted,
                                      AUDREY STRAUSS
                                      United States Attorney

By:      _/s/_____
           Sheb Swett
           Samuel Rothschild
           Jessica Greenwood
           Assistant United States Attorneys
           Southern District of New York
           (212) 637-6522 / 2504 / 1090

cc:     Reginald Fowler (by email to prior counsel)