**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/1/21__

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Reginald Fowler*, S3 19 Cr. 254 (ALC)

Dear Judge Carter:

The Government writes, pursuant to the Court's February 9, 2021 order (Dkt. 84), to inform the Court that no attorney has filed a Notice of Appearance or contacted the Government on behalf of the defendant in the above-captioned matter. The Government respectfully requests that the Court schedule a status conference and that the Court exclude time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The exclusion of time will allow the defendant to obtain counsel, either retained or appointed, and provide that counsel the opportunity to review discovery, consider potential defenses, and discuss a resolution with the Government.

Respectfully submitted,
AUDREY STRAUSS
United States Attorney

By:   /s/_____
Sheb Swett
Samuel Rothschild
Jessica Greenwood
Assistant United States Attorneys
Southern District of New York
(212) 637-6522 / 2504 / 1090

cc:   Reginald Fowler (by email to prior counsel)

The application is **GRANTED.** Telephone Status Conference set for 4/7/21 at 11:30 a.m. The parties should contact the Court at 1-888-363-4749 on the date specified above and once prompted should dial access code 3768660. Time excluded.
So Ordered.

*/s/ Andrew L. Carter*
3/1/21