```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 4-8-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Reginald Fowler,

              Defendants.,
-----------------------------------------------------------X

19 Cr. 254 (ALC)
**ORDER**

ANDREW L. CARTER, JR., District Judge:

    At the April 7, 2021 telephone status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until July 7, 2021 to allow newly-retained Defense counsel to review the voluminous discovery and better prepare for trial.

    The Court finds that the interests of justice are served by such an exclusion to allow newly-retained Defense counsel to review the voluminous discovery and better prepare for trial and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from April 7, 2021 through July 7, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       April 7, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE