```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 7-26-21
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

                                       19-CR-254 (ALC)

   -against-

                                       **ORDER**

REGINALD FOWLER,

                Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

     A telephone status conference is set for **August 4, 2021** at **12:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
              July 26, 2021

                                                  _/s/ Andrew L. Carter, Jr._
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**