UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,           Ind. No.: S1-19-CR-254 (ALC)

       -v-                 **NOTICE OF MOTION IN SUPPORT OF DEFENDANT REGINALD FOWLER'S <u>PRETRIAL MOTIONS</u>**

   REGINALD FOWLER,

                             *Defendant*.
------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the accompanying Declaration of Edward V. Sapone, Esq., the attached exhibits, and the supporting Memorandum of Law, dated October 14, 2021, counsel will move this Honorable Court, at a date and time convenient to the Court and the Government, on behalf of Defendant REGINALD FOWLER, for an Order:

      (1)     suppressing all evidence obtained during the search and seizure of various bank accounts pursuant to a seizure warrant, and all evidence obtained as a result of this seizure (fruits of the poisonous tree);

      (2)     directing the Government to particularize the indictment;

      (3)     directing the Government's disclosure of *Brady* material;

      (4)     establishing a timetable for Government disclosure of all discovery prior to trial; and

      (5)     for any additional relief this Court deems just and proper.

Dated: New York, New York
October 14, 2021

                                  Yours etc.,

                                  Sapone & Petrillo, LLP

                                <u>*/s/Edward V. Sapone*</u>
                        By:  Edward V. Sapone, Esq.
                              Attorneys for Defendant
                              *Reginald Fowler*
                              40 Fulton Street, 17rd Floor
                              New York, New York 10038
                              Tel: (212) 349-9000
                              E-Mail: ed@saponepetrillo.com

AUSA Sebastian Swett
AUSA Jessica Greenwood
AUSA Samuel Rothschild