UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        Ind. No.: S1-19-CR-254 (ALC)

    -v-                                  **DECLARATION OF**
                                          **EDWARD V. SAPONE, ESQ.**
                                          **IN SUPPORT OF DEFENDANT**
REGINALD FOWLER,                    **REGINALD FOWLER'S**
                                            <u>**PRETRIAL MOTIONS**</u>

                    *Defendant*.
-------------------------------------------------------X

        EDWARD V. SAPONE, ESQ., pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury that the following is true and correct:

        1.        I am a partner in the law firm Sapone & Petrillo, LLP.  We represent Defendant Reginald Fowler in the above-captioned case.

        2.        This declaration is submitted for Defendant Reginald Fowler in support of the accompanying Memorandum of Law, dated October 14, 2021.

        3.        The following exhibits are annexed to this Declaration:

                a.        Affidavit of Todd McGee, dated October 23, 2018 (Exhibit A);

                b.        Seizure Warrants, dated October 23, 2018 (Exhibit B); and

                c.        Affidavit of Defendant Reginald Fowler (Exhibit C);

        4.        I adopt the statements made in the accompanying Memorandum of Law and exhibits, and declare under the penalty of perjury that all statements of fact in the accompanying Memorandum of Law are true and accurate to the best of my knowledge and belief.

2

WHEREFORE, we respectfully request that the accompanying pretrial motions be granted in their entirety, and that, to the extent that finding of facts might assist the Court in deciding these motions, the Court order a hearing at a time convenient to the Court and the Government.

Dated:     October 14, 2021
           New York, NY

                                        Respectfully submitted,


                                        */s/Edward V. Sapone*
                                        Edward V. Sapone, Esq.
                                        Sapone & Petrillo, LLP
                                        Attorneys for Defendant
                                        *Reginald Fowler*
                                        40 Fulton Street, 17th Floor
                                        New York, New York 10038
                                        Tel: (212) 349-9000
                                        Email: ed@saponepetrillo.com