# Exhibit B

Search Warrants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

HSBC Securities USA account HMB861668,
held by Reginald D. Fowler,

           Defendants-in-rem.

18 MAG 9029

**WARRANT OF SEIZURE
PURSUANT TO 18 U.S.C. §§ 981 and 984**

TO:   ANY DESIGNATED OFFICER OF THE FEDERAL BUREAU OF INVESTIGATION AND/OR ANY LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW

An Affidavit having been made before me by TODD P. MCGEE, a Special Agent with the Federal Bureau of Investigation, that he has reason to believe that the above-captioned funds are subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C);

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within fourteen (14) days of the date of issuance of this warrant, by serving a copy of this warrant of seizure upon any person presently in possession of the property described as follows:

    a.    All monies and funds contained in HSBC Securities USA account HMB861668, held by Reginald D. Fowler, and all funds traceable thereto, including accrued

1

interest.

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this warrant and inventory before this Court as required by law.

IT IS FURTHER ORDERED THAT the above-listed account shall be frozen upon service of this warrant, in order to prevent the above-captioned funds from being transferred, withdrawn, or removed therefrom.

Dated:   New York, New York
         October 23, 2018

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

HSBC Bank USA account 141000147, held by
Global Trading Solutions LLC; and

HSBC Bank USA account 697825922, held by
Reginald D. Fowler,

Defendants-in-rem.

18 MAG 9029

## WARRANT OF SEIZURE
## PURSUANT TO 18 U.S.C. §§ 981 and 984

TO: ANY DESIGNATED OFFICER OF THE FEDERAL BUREAU OF INVESTIGATION AND/OR ANY LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW

An Affidavit having been made before me by TODD P. MCGEE, a Special Agent with the Federal Bureau of Investigation, that he has reason to believe that the above-captioned funds are subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C);

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within fourteen (14) days of the date of issuance of this warrant, by serving a copy of this warrant of seizure upon any person presently in possession of the property described as follows:

1

    a.    All monies and funds contained in HSBC Bank USA account 141000147, held by Global Trading Solutions LLC, and all funds traceable thereto, including accrued interest; and

    b.    All monies and funds contained in HSBC Bank USA account 697825922, held by Reginald D. Fowler, and all funds traceable thereto, including accrued interest.

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this warrant and inventory before this Court as required by law.

IT IS FURTHER ORDERED THAT the above-listed account shall be frozen upon service of this warrant, in order to prevent the above-captioned funds from being transferred, withdrawn, or removed therefrom.

Dated:    New York, New York
              October 23, 2018

                                      HONORABLE KATHARINE H. PARKER
                                      UNITED STATES MAGISTRATE JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK