# Exhibit C

# Reginald Fowler's Affidavit

## AFFIDAVIT BY REGINALD FOWLER

STATE OF __Arizona__ )
) SS:
COUNTY OF __Maricopa__ )

Reginald Fowler, being duly sworn, deposes and says:

1. On October 23, 2018, I was the owner or controller of the HSBC accounts as those accounts are described in the instant motion papers.

2. The seizure of the HSBC accounts resulted in my and GTS unable to do business or otherwise access or direct the HSBC accounts, causing injury to me.

3. When the HSBC accounts were seized, I called HSBC but HSBC was unable to assist me in understanding the reason for the seizures.

4. They did however provide me with contact information for members of the FBI.

5. Consequently, on October 24, 2018—one day after the seizures—I made a phone call to members of the FBI and spoke to members of the FBI.

_____
Reginald Fowler

Signed and sworn to before me
on __October 12, 2021__ (date)

_____
Notary Public

JEAN GRIES
Notary Public - Arizona
Maricopa County
Commission #587992
My Comm. Expires May 11, 2024

Ex. C, Reginald Fowler Affidavit, p.1