UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :

                                    Plaintiff,    :

                                                  :        **19-CR-254 (ALC)**

            -against-                             :

REGINALD FOWLER,                                  :        <u>ORDER</u>

                                  Defendant.       :

                                                  :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A telephone status conference is set for **December 21, 2021** at **1:30 p.m.**  The parties

should contact the Court at 1-888-363-4749 on the date and time specified above and once

prompted, should dial access code 3768660.    Members of the public and the press can use the

same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
            December 16, 2021


ANDREW L. CARTER, JR.
United States District Judge