

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Reginald Fowler*, 19 Cr. 254 (ALC)

Dear Judge Carter:

      The Government respectfully submits this letter on behalf of the parties to inform the Court as to the parties' views regarding adjournment of the March 1, 2022 trial date in the above-captioned matter.

      Mr. Fowler respectfully requests an adjournment from the current trial date to any date available in the second quarter of 2022 ("Q2") or beyond. ▮▮▮▮▮▮▮▮▮▮ Counsel has met and conferred with the Government to explain many of these details. However, defense counsel has confirmed that Mr. Fowler will be prepared for trial on March 1, 2022 if the Court keeps that date—in particular, if an adjournment would result in witness unavailability or other hardship to the Government or its witnesses.

      [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Honorable Andrew L. Carter, Jr.
United States District Judge
December 23, 2021
Page 2

      Considering the length of time this case has been pending, the uncertainty of obtaining a new trial date in the coming quarter, and upcoming conflicts for Government's counsel, the Government respectfully requests that the trial proceed on March 1, 2022. If the Court adjourns the trial date to Q2, the Government respectfully requests that the date be set between mid-May and early June 2022.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/ Sheb Swett

      Jessica Greenwood
      Samuel P. Rothschild
      Sheb Swett
      Assistant United States Attorneys
      (212) 637-1090/2504/6522

cc:    Edward Sapone, Esq. (by ECF)