USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-29-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                           Plaintiff,

        -against-

REGINALD FOWLER,

                           Defendant.

------------------------------------------------------------------ x

19-CR-254 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Jury Selection and Trial set for **May 10, 2022** at **9:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           March 29, 2022

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**