UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                -against-

Reginald Fowler,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-22-22

**ORDER**
19-CR-254 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    Due to a conflict on the Court's calendar, the August 30, 2022 sentencing is being adjourned to **September 13, 2022** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       June 22, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE