

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/8/22__

> Re: *United States v. Fowler*, 19 Cr. 254 (ALC)

Dear Judge Carter:

　　The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　United States Attorney for the
　　　　　　　　　　Southern District of New York

　　　　　　　　By: _____/s/_____
　　　　　　　　　　Jessica K. Fender
　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　(212) 637-2276

cc: Defense Counsel (by ECF)

SO ORDERED:

9/8/22

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE