# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: bill@saponepetrillo.com |

September 10, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/22

      Re:    *United States v. Reginald Fowler*
            *Docket No.: 19-CR-254 (ALC)*

Dear Judge Carter:

     I am counsel to Defendant Reginald Fowler. This case is scheduled for sentencing on September 13, 2022 at 2:30 p.m. I respectfully request that Your Honor adjourn the sentencing proceedings to March 13, 14, or 15, 2023, or to any further date convenient to the Court. This is my first adjournment request.

     I recognize that this is an unusually lengthy adjournment request. I have been suffering with a serious medical condition that is requiring invasive medical treatments. In addition, a significant amount of information and material relevant to an analysis under 18 U.S.C. §3553(a) must be obtained from financial institutions, entities, and individuals located in Europe. The requested adjournment will afford me the opportunity to gather the relevant material and prepare a sentencing submission for the Court's consideration, while addressing my medical condition.

     The Government, by AUSA Sebastian Swett, consents to this request.

     Your Honor's consideration is greatly appreciated.

                                                                 Respectfully submitted,

                                                                 */s/ Edward V. Sapone*

                                                                  Edward V. Sapone

cc:    AUSA Sebastian Swett (By ECF)

The application is **GRANTED**. The sentencing is adjourned to March 14, 2023 at 12 p.m.

So Ordered. */s/ Andrew L. Carter* 9/13/22