```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-2-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                **ORDER**

                19-CR-254 (ALC)

    -against-

Reginald Fowler,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

  The sentencing scheduled for March 14, 2023 is adjourned to **April 20, 2023** at **3:30 p.m.**

  SO ORDERED.

Dated: New York, New York
   March 2, 2023

                _/s/ Andrew L. Carter, Jr._
                **ANDREW L. CARTER, JR.**
                **UNITED STATES DISTRICT JUDGE**