# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

March 23, 2023

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    United States v. Reginald Fowler
                   Docket No. 19 Cr. 254 (ALC)

Dear Judge Carter,

     I am counsel to Defendant Reginald Fowler. On March 15, 2023, the Government wrote to the Court seeking a modification of Mr. Fowler's bail conditions to "add a bail condition that bars the defendant from gambling." See Govt. Ltr., dated 3/15/23, ECF No. 120. I have discussed with Mr. Fowler the Government's request, and report to Your Honor that we do not object to the Government's request.

                                                 Very truly yours,

                                                 */s/ Edward V. Sapone*
                                                 Edward V. Sapone

cc:   AUSA Jessica Greenwood
       AUSA Samuel L. Raymond
       AUSA Samuel P. Rothschild
       AUSA Sheb Swett