**<u>EXHIBIT A</u>**



# Global Trade Solutions LLC

Confirmation of the Corporate Services Provider for the issued

# FINANCIAL LICENSE

+++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ GEORGIA FREE ZONE +++ +++ GEORGIA FREE ZON



HUALING GROUP

## for - FINANCIAL CONSULTING AND SERVICES -

The Corporate Services Provider of the above mentioned entity hereby certifies that the entity is registered in the Republic of Georgia with Company ID 402099572 and carries a business license from Hualing Free Industrial Zone with License Number 0110/265. The company is permitted to conduct "Financial Consulting and Services". The Law of Georgia on Free Zones, The Decree of the Government of Georgia (#131 dated 3rd June 2008) and

The Decree of the Goverment (#109, dated March 10, 2015) apply.

## The above mentioned entity is in good standing.

_BL Corporate Services Ltd - Feb 14,2019_

**ACTIVITIES AS MENTIONED IN THE FREE ZONE BUSINESS LICENCE APPENDIX FOR THE ENTITY ARE:**

- Financial Consulting and Services, including, but not limited to:
- cryptocurrency exchange*, ICO launch*
- Offshore Forex / Securities Dealing and Binary Options*, Venture Capital*
- Private Equity*, Crowdfunding*

*services shall only be provided to Non-Georgian citizens

Free Zone License No : 0110/265          Date of License Approval : 01 - 02 - 2019

BL Corporate Services Ltd - Krtsanisi Str, 2nd Lane, Building 3, 0114 Tbilisi, Republic of Georgia
BL Corporate Services Ltd - 23-5 Menara Bangkok Bank, Berjaya Central Park, 1 Jln. Ampang, 50450 Kuala Lumpur, Malaysia
BL Corporate Services Ltd - New Horizon Building, Gr Floor, 3 1/2 M. Philip Goldson Highway, Belize City, Belize

https://www.financial-freezone-licenses.com/
https://www.financial-licenses.com/
Register No. 162,218

**<u>EXHIBIT B</u>**



## HORIZON CHARTER SCHOOL
### YOUR SCHOOL OF CHOICE

**OUR MISSION**

HORIZON CHARTER
SCHOOL
IS COMMITTED TO
PROVIDING A
LEARNING ENVIRONMENT
RICH IN TECHNOLOGY
WHERE STUDENTS ACHIEVE
ACADEMIC AND
SOCIAL EXCELLENCE
WHILE SOLVING
REAL-LIFE PROBLEMS IN
A COOPERATIVE MANNER

**BOARD OF DIRECTORS**
JAN GLEESON
STEVE HOLM
FRED NEAL
LARRY PIERATT

**SCHOOL BOARD**
ROBERT DESCHEEMAKER
STEVE HOLM
FRED NEAL

**SCHOOL ADMINISTRATION**
RICHARD DETZEL
JAN GLEESON
DAVID LUTKEMEIER
LARRY PIERATT
THERESA STUESSER
JOHN TAMBURINO

**DEDICATED**
SPRING 1999

**ARCHITECT**
GILLELAND & BRUBAKER

**DEVELOPER**
SPIRAL, INC.
REGGIE FOWLER, CEO

**CONSTRUCTION CONSULTANT**
CLARY GLEESON

# HORIZON COMMUNITY LEARNING CENTER

**<u>EXHIBIT C</u>**

February 28, 2023


Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter,

Thank you for the opportunity to tell you about the Reggie Fowler that I know. My name is Jaine Foster-Valdez. I have known Reggie for going on 50 years. Though we were not in touch for many years as we went off to college, started careers and families, we reconnected in 2004 and have been in regular contact – phone, text, email and in person - since that time. I consider Reggie to be a close personal friend, a trusted ally and confidante; I believe I am the same for him.

He made me aware of the legal issues he is facing some time ago, though Reggie is not one to burden others with his problems, and I have seen him grapple with trying to figure out how to make it right. I don't know the ins and outs of the charges, but do know that Reggie is not trying to blame anyone else for what has landed on his shoulders. I pray that this is not the chapter of his life that ends up defining him because it is not a genuine reflection of how he has lived his life.

It is hard to whittle down so many years of knowing someone, but I will try to be succinct. Reggie and I go way back, we met in high school in the 1970s. He was one of very few black students in a predominantly white school. I'm sure I don't have to tell you what that environment was like for Reggie, but I never knew him to treat others with the kind of disrespect that he regularly encountered. You wouldn't find him in detention, he was on the Honor Roll. His athleticism gave him an edge, but still he was up before dawn to work out every day to stay at the top of his game. He still starts his day before the rest of us are awake and is often still at his desk into the wee hours of the morning. I have always admired his drive but I don't think I fully appreciated until much later that while I, as a white woman from a middle-class household, took for granted that I could go on to college, Reggie needed that athletic scholarship to get to the next rung of the ladder he was

climbing.  He had his goals set high even as a teenager; he made me read <u>I am Third</u> by Gayle Sayers which pretty much laid out his life plan at the time.

As a friend, even from a young age, he has been someone I can count on.  Reggie never drank, smoked or used any chemical enhancements.    There was a time when he encountered my sister, who had been engaging in some underage drinking and had placed herself in a precarious situation.  Reggie made sure she got home with her dignity intact.  I didn't learn of his gallantry until sometime later because he didn't want to embarrass her or pat himself on the back.  He was just doing what was right.

With the possible exception of his years as an athlete, Reggie has never been looking for the spotlight or personal accolades.  Over the course of his career, Reggie has gotten to know a lot of celebrities and influential people, but he has never lost touch with who he is. Reggie prefers to keep his private life private and to maintain a small circle of friends that he has known for years.  Though he lives comfortably, he is not extravagant in his lifestyle.  He became a pilot and bought a jet, not so he could run around the world with the rich and famous, but so he could make his own schedule and be home for his family as often as possible.  He may come across as aloof or appear disinterested and unassuming but his mind is always working, he can do calculations in his head that I cannot do on paper.  Reggie is very well read and occasionally surprises me with a rendition of a Broadway showtune.  He has a great sense of humor and a deep laugh that I haven't heard enough of recently.

Reggie was inducted into our high school's Hall of Fame in 1998.  Just 20 years out of high school he was a very successful entrepreneur having built his organization from the ground up.  He has suffered professional setbacks over the course of his life but he has always held his head high and gotten back on track or stuck out on a different path.  He told me once that it isn't about the money, when he sees a problem, he wants to solve it.  Some of his early business acquisitions were failing companies that he turned around, keeping people employed instead of closing the doors.

The different types of businesses he has run over his career are vast and he kept an active hand in them, working 24/7/365 for a long as I can remember.  Reggie holds himself to high standards and does not suffer fools.  His expectations for his employees are high, but he has always demanded the most from himself.  I have witnessed Reggie treating the people who have worked for him with respect and compassion.  When he owned some convenience stores, a night clerk was killed in a robbery.  Reggie not only helped the family get through the ordeal financially, he was physically there with them to offer support.    It is not uncommon to find Reggie doing someone else's job, including sweeping the floors, so that that employee could have some time off to be with their family.  During the height of the pandemic, Reggie was literally running his office on his own so his employees could stay safely at home.

I have seen the toll that the last 3 and a half years has taken though, the stress has been considerable. In addition to his legal issues and the pandemic, which impacted his businesses significantly, Reggie lost 2 of his siblings in the past 2 years.  His surviving siblings and his aging mother have health problems.  Regardless of how busy he was, I have seen him drop whatever he is doing to be there for his family.  A lesser man might have crumbled under the pressure, but I see Reggie continuing to do everything he can to keep moving forward and to face whatever is coming.

Reggie is family to me and love him dearly.  It pains me greatly that soon I may not be able to pick up the phone to call him any time I want and to only be able to see him briefly and occasionally in a controlled environment.  I don't know what sort of latitude exists in the law as far as his situation is concerned.   I hope that you can find a balance between what you need to do in holding him accountable and what might allow Reggie the opportunity to prove himself as a repentant citizen worthy of your compassion.

Thank you for your consideration.


Jaine Foster-Valdez, PhD

## **EXHIBIT D**

3905 E. Wildhorse Drive
Gilbert, AZ 85207
March 12, 2023


Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Carter,

Eighteen years ago we found the son we never had.  That was when our daughter, Molly, met Reggie Fowler.

Reggie is part of our family.  He is always there for us, whether helping us get to medical appointments, helping us around the house, sharing all of our family holidays and celebration, or just providing moral support when we need it.  In short, he is like a devoted son.

Reggie has been suffering in silence for the past few years because of the legal proceedings brought against him.  He has made no excuses, has tried to remain optimistic about his future, and he has conducted his life with dignity and grace.

We ask the Court to please show leniency in sentencing so that our Reggie Fowler can remain part of our very small family circle.  We cannot imagine life without him.

Sincerely,

Nanette D. Stark

Robert L. Stark

**EXHIBIT E**

to
Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

My name is Dragan Alexander Stevanovic, I am 53 years, from Aachen in Germany, Economist, running my own international company and I want to say something about Mr. Reggie Fowler, one of my best friends and person I really love from the bottom of my heart.

First I want to say that I am aware of Reggies pending criminal case and my acceptance of responsibility and remorse.

I know Reggie since more than 15 years and we have spent quite a lot of time together before Reggie lost his son. After Reggie lost his one and only son Trent Fowler, we didn't meet so often. But before that we spent many special moments in many countries sharing time as real good good friends. Reggie is one of my best friends but I call him my brother, because if had an older brother, which I don't have,  I wish him to be like Reggie has been to me throughout the time we have built our special friendship.

Always someone to look up to, because he is always caring, always looking for me to make the right decisions, no matter if business, my children, my romance relationships. Always ready to give me advices in situations I need someone to talk to I can trust, who would give me an honest advice, even if it is uncomfortable to accept, he tells you the truth what he thinks and what he believes is the right thing to do. Reggie would help people that only asked for an information, just because he feels good about helping people. He would care about people he never met before and just because they ask him for help he would give them money, buy them food or give them a ride to a place even if its not in his direction. I can tell so many situations, where he left me speechless with his reaction to people that asked for help, where he did things just to make them happy.

And what impressed me most, when people abused him because of his loud voice or his fast way of walking through the sleepy crowd , he would apologize even if he didn't need to do so. When I asked him why would you apologize for peoples bad behavior, he would answer: Just let them feel good about themselves. They want to feel superior and just let it go.

I know him as probably the hardest working person I have ever met. He could be for days with 2-3 hours of sleep per night with red eyes and weak body, but he would work work work, to get his tasks accomplished.

He is probably the most talented person I have ever met. He would ski downhill with the highest pace like a professional, he would play the piano you just enjoy to listen, he flies the plane or the helicopter like the best pilot. Tennis, Golf, he knows so much about Literature, about so many topics you just ask yourself, how come this man knows so much and does so many things ? Just a special, unique and at the same time wonderful person. A funny person, who always wants to make you laugh, always full of jokes und himself laughing so hard, that you have to start laughing yourself by the energy you feel in his presence.

I know his childhood was hard, because of his race and color, but I understood from the beginning of our friendship that he has forgiven the people that treated him bad, by saying: They didn't know what they were doing, and we have to move on. He could forgive easily, that's one of his most beautiful personalities I recognized in so many situations where people were acting bad against him and used him or took his money.

His level of tolerance is really one of a kind. Maybe he should have been harder on some people that used him or made use of his name and his status, but I guess he will never change and always be Reggie Fowler, a warmhearted person , ready to help and always ready to forgive peoples mistakes even when it hurts or damages himself.

I don't know what else to say than he is a wonderful person and I wish the world would have many more people like Reggie Fowler and the world would be a much better place.


I miss my brother.

A very special person in my life, who will always stay in my heart, no matter what other people say about him. Because I know his true nature and I know that he will always be the warmhearted caring and helping person he has always been.


March 5th , 2023

Dragan Alexander Stevanovic

Dusseldorf, Germany

**EXHIBIT F**

28 February 2023

19302 Strauss
San Antonio, TX  78256


Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter,

I am writing to express some thoughts for your consideration before you render a sentence for  Reggie Fowler.   I am a retired USAF officer who spent half of my military career and all of my post military life supporting our troops with innovative concepts that save lives.  Allow me to explain why this is relevant.

I first met Reggie on 11 May 2010 through a friend who thought we had a lot of common interests.  The friend was right.  We discussed potential opportunities that a small business could potentially pursue and win that focused on US military capability gaps.  For the next several years, he taught me a lot about business in general.  I reciprocated by educating him on the type of value necessary for initial and repeat business within the halls of the Pentagon; but more importantly, to help our warfighters.  Over time we became friends.   In 2018, he invested in a project that the US military could potentially use for reconnaissance at less than half the cost of similar systems.   There are a lot of citizens of this country who say they support our troops, but Reggie's actions showed he meant it.

Since I've known him, he has always been confident, yet humble and very respectful of others, which makes the events surrounding his current predicament difficult to comprehend.  I never had cause to question his inner compass.   When I learned of this situation via a friend – I think he was too embarrassed to share with me directly – I called him.  He was reserved and contrite.  It was evident he knew he made a poor decision.  As you know, he ultimately pleaded guilty, another indication of his inner character.  He is now at the mercy of the court.

I don't envy your position as judge.  Thinking about the crime committed and the possible outcome, I can't help but think he's already suffered a great deal – from being a minority owner of a NFL team to having nothing left.  Time in prison doesn't seem like a suitable conclusion to this case; not because of what he's lost, but because he is someone who has so much to offer to others.  Perhaps unconventional, but it seems community service educating those whose opportunities are limited is more fitting.  The potential occasions and options to serve our communities are vast and more beneficial to our citizens than him sitting in jail contemplating actions he already regrets.

Judge Carter, I ask that you give this your full consideration before making your decision.

Karl Purdy, Lt Col (ret), USAF

**EXHIBIT G**

Hon. Andrew L. Carter, Jr.

United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

My name is Michael M. Walker and I have been close friends with Reggie Fowler for almost 15 years.

Over 15 years of being friends with Reggie I have known him to be a good human.   He has done many things to help others and our community.   For example he organized and paid for a school to be built in town.   This school is still in operation today and has served our community well. Additionally, he has provided the building for a kids volleyball center that serves 1000's of kids each month and is a center for boys and girls volleyball in our state.  He has sponsored many kids that couldn't afford to pay so all kids can and would participate.  On both instances he has never been the face of the project or daughter accolades rather the person behind the project working to get things done.

Reggie has also dealt with his share of adversity over the past 5 years. While the passing of multiple family members would obviously take its toll on any person it was the passing of his son that brought him to his knees. He has had a very hard time, as it would for any parent, coping with his sons passing.   Regardless, of the family struggles he has faced he has continued to support our community and remain my good friend.

While I do not understand the basics or complexities of this case I can speak to the fact that Reggie is a good man and wants to do well by others and the community.   I have never known him to be dishonest, unethical, or without a moral compass. He wants to do more positive things for the community including working to develop a pool for local kids to have a place to go in the summer that might otherwise be left without.   He has a very strong vision of how to do right in his community.

He has been my friend for many years and these are things that I know.   I do hope the "other side" of Reggie is taken into consideration during this difficult time.

Regards,

Mike Walker

**EXHIBIT H**

1706 Park Street
Huntington Beach, CA 92648
February 27, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
   Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter:

    I am writing a letter of support for Reggie Fowler and request you consider my remarks in granting leniency.  I have known Reggie for over 15 years.  He is my close friend and I hold him in high regard. I am aware that he is facing serious charges of financial crimes, however, I am not versed in the specific details.  I do know that Reggie has expressed to me, his deepest remorse and his commitment to be better in the future.  Ultimately, he told me that is why he plead guilty and he trusts you to be fair with him.

    Reggie and I met the first day of our executive MBA class in 2006.  I was then a tenured Professor of Surgery at the University of Arizona, where I also served as Chief of General Surgery.   I specialize in endocrine cancers and work identifying new treatments based on the aberrant genes found in cancer cells.  Reggie's background is quite different than mine. I had two parents that were devoted to their kids and worked to put us through school.  Reggie was adopted and worked in his father's restaurant. He went to school on scholarship and was a star football player in high school and college. He certainly had opportunities to get in trouble growing up but knew he had bigger plans.  He started his businesses with little money but became successful through hard work and business acumen. In part, I suspect his pursuit of an MBA degree was Reggie seeking to validate his status as a successful business man.  I think he may not have gotten his proper due because of his background.

    Despite our differences, we came immediate friends.  We were partners in a small group through most of the MBA program.   There were 5 of us, but it was Reggie and I would do most of the work.   I recall one time when we decided to divide up a 10-problem assignment and each do 5 questions.  Predictably to me, he, and I each did all 10 problems.  We laughed when we compared notes and I confessed that I did not understand how one of the problems was solved.  He said to trust him.  It was the only question we did not answer correctly so he was dismayed, but we laughed about it and plowed ahead.  We were both competitive but enjoyed the good-natured repartee.  After our MBA program, Reggie and I were in regular contact.  We would get together on weekend mornings almost every week to work out and then go out for breakfast.  As most men do, we spoke about sports but also about life and family.  Since I moved to Southern California for a new job, our contact has been less frequent but we do occasionally visit each other and converse by phone or text.

When times for Reggie were good, he was generous with his friends.  He was a minority owner of the Minnesota Vikings football team.  He would fly us to Minneapolis once a year to attend a game, put us up in a hotel and treat us to a nice dinner.  He never asked for anything in return.  He was pleased to share with his friends.  Reggie is most of all very devoted to his family and friends.  He shares freely of his time and resources.  He was there to help me when I had surgery on my hip.  He was there to help my wife and I after each of our 3 children were born.  He has been there when his significant other's parents needed help. I have seen him help others by providing a job even keeping them employed after there really wasn't any work to be done anymore.  I saw him grieve over the untimely and premature death of his son.  Not infrequently, he will call me to facilitate medical help for someone.  Recently, I helped Reggie get proper care of his brother who had cancer.

I do not know why Reggie succumbed to a serious lapse in judgement and committed the offences to which he has admitted.  It seems out of character for the man I know.  I have seen him work tirelessly toward his goals without cutting corners.  I can only imagine that it can be very tempting to be seduced by the prospects of large amounts of money.  As far as I know, Reggie has never been accused of any crime prior to this.  Reggie is sorry for his mistakes and misdeeds.   Please be lenient in your sentencing and I am sure that Reggie will emerge from all this a better person.  As his friend, I will do all I can to help him.

Respectfully submitted,

Michael J. Demeure MD, MBA

**EXHIBIT I**

GLENN R. MAHONE
1 Hemingway Lane
Pittsburgh, PA  15215
glennrmahone@icloud.com

March 1, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter:

My name is Glenn R. Mahone and I am writing to you to offer my perspective on the character of Reginald D. Fowler who will be before you for sentencing on March 13, 2023.  Briefly, I am a recently retired lawyer, and spent my entire legal career with the law firm of Reed Smith LLP in Pittsburgh Pennsylvania.  My wife of fifty years (on August 4, 2023) and I have two sons and six grandchildren, and I am a Vietnam veteran, combat engineer platoon leader.

I met Mr. Fowler around 2007 at a forum of nationally recognized African American entrepreneurs focusing on African American wealth building and collective enterprise.  Following the forum, Mr. Fowler through Spiral LLC and its affiliates became a client.  At that time, Mr. Fowler was engaged in a number of successful business endeavors, including real estate, cattle ranching, military contracting, manufacturing, car washes, equipment leasing, amusements, and the NFL Minnesota Vikings.  He had two aircraft at his disposal, one of which was capable of transatlantic flight and both of which he was licensed to fly.  He was impressive by many measures. My attorney-client relationship with Mr. Fowler and Spiral ended amicably around 2018.  During the last few years of our association, I assisted Mr. Fowler in corporate business matters related to attempted restructuring of a number of his business units and the related ensuing receivership. These were challenging times during which Mr. Fowler's business acumen and character were tested daily within my sight.  He never lost his sense of responsibility and the conduct required to meet it.  During this period, Mr. Fowler and I spoke multiple times each day.  He was the quintessential "quick study", a trait that made him a natural early mover in the emerging crypto currency market.

Mr. Fowler possessed levels of character and courage that matched his convictions.  One experience which illustrates this important trait occurred when an African American entrepreneur and colleague of Mr. Fowler was in financial distress and on the brink of losing his business. Mr. Fowler called me to assist this colleague and, purely on his own motion, sent via overnight mail a cashier's check for $3,000,000 to support his colleague's efforts.  This extension of credit was without documentation at the time, but that did not deter Mr. Fowler from coming to the aid of a worthy colleague.  It leveled the playing field  and led to his colleague's ultimate success.  Mr. Fowler was generous, perhaps to a fault, with his good fortune in supporting African American enterprise.

Mr. Fowler was devoted to his children and his partner who in recent years has had significant health issues.  His greatest concern raised by his current situation is no doubt the probable loss of his ability to support and protect his family.  He is a good person by any measure, and I know he deeply regrets the conduct that now jeopardizes his freedom. Knowing him as I do, I know there is nothing he would not do to undo the consequences of his crypto currency activities.

Mr. Fowler has lived a lifetime virtually free of legal infraction.  He was a praiseworthy citizen prior to being ensnared by the wild west environment created by the crypto currency market. His level of contrition cannot be quantified.  My prayer is that this court will take into account the whole of Mr. Fowler's lifetime of achievement and find reason to afford him and his family such leniency as the court's discretion may permit.

Respectfully,

/s/ *Glenn R. Mahone*

Glenn R. Mahone

cc:     Ed Sapone (via email ed@saponepetrillo.com)
        Monica Sapone (via email monica@saponepetrillo.com)

**EXHIBIT J**

March 3, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Carter,

     I, Jean Gries, write this letter of reference about Mr. Reginald Fowler with whom I have the pleasure to know for more than 30 years.  I am a former employee for Mr. Fowler's company, Spiral Global Development.  I held several different positions over the years and Mr. Fowler was always professional and supportive.

     During this length of time, Mr. Fowler demonstrated numerous qualities as a valuable person.  He is hard working and possesses a great deal of integrity and constantly strives to make sure he is doing the right thing.  He is a kind, considerate and a devoted father.  As a compassionate and understanding person, he allowed me to work from home for several years after the birth of my daughter and for this I will be forever grateful.

It is unfortunate that he is in this situation. However, it is obvious to me that he is sorry for any damage or inconvenience he has caused.  I know this has been very difficult for him and is remorseful for all involved.

     I hope that the information I provided helps you understand what an outstanding individual Mr. Fowler really is.

Thank you for accepting and taking the time to read my letter.

Sincerely,

Jean Gries
Jean Gries

**EXHIBIT K**

April 5, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Hon. Andrew L. Carter, Jr.,

I'm writing you today to tell you a little bit about Reginald Fowler, an individual I have had the pleasure of knowing for more than thirty-five years, in hopes that it will better explain who he as a person and what he has achieved in his life.

Reggie is a very down-to-earth, hardworking individual who was raised in a modest family and despite his humble beginnings, built a number of successful businesses throughout the Arizona and Colorado landscapes, employing hundreds of people along the way. As an athlete, he used those skills to get a college education and later, proved himself as a successful sales and marketing professional for two national companies. Parlaying that knowledge -- and always with an eye on how to operate things more efficiently -- he started his own grocery and office products distribution company called Spiral Distribution with just $100 and a strong work ethic. Along the way, he expanded into real estate; aviation; recycling; car washes/convenience stores; executive suites office space; and sporting and entertainment facilities.

Within the community, Reggie quietly, and without any recognition, was involved in financing the construction of a community church and a charter-based grade school and high school – both of which are still going strong today. Reggie's focus on helping children of all ages has been a constant. Because of his businesses, he has created facilities for local children that have included ice skating/hockey rinks; volleyball and basketball courts; and a 35,000-square foot indoor children's play space. Today, all of those facilities are still in operation and still benefiting the community.

-cont-

Page 2/Fowler

Reggie is a down-to-earth person and believes the best in others, sometimes to a fault. He is family-oriented and is a good and supportive father. He quietly works with the un-sheltered population and has been known to offer employment opportunities to help get them off the street. In all, he tries to live his life in such a way that supports and uplifts others.

I am aware of his current case that is before you and Reggie's guilty plea. With this small glimpse into the individual that Reginald Fowler is, I respectfully ask that you consider leniency during your sentencing and sincerely thank you for your time.

Respectfully,

L.L. Fowler