# EXHIBIT B

NATIVE FILE

PROVIDED VIA DRIVE