## ACCOUNT BALANCES

| Account Name | | | Account Number | Balance | Type | Exhange Rate | In USD |
|---|---|---|---|---|---|---|---|
| **Account in Poland Signer** | Ivan Molina | | | | | | |
| **Outside of Poland Signer** | Reginald Fowler | | | | | | |
| Global Trade Solutions | HSBC US | | | | USD | | $70,000,000.00 |
| Global Trade Resources | HSBC UK | | | | | | |
| | | 1) Account 40-05-26 01692372 held with HSBC Bank in the name of Reginald Dennis Fowler Balance(s): £25,131.25 | | | | | |
| | | 2) Account 40-11-99 84080273 held with HSBC Bank in the name of Reginald Dennis Fowler Balance(s): €6,513,639.87 | | | | | |
| | | 3) Account 40-11-99 84080265 held with HSBC Bank in the name of Reginald Dennis Fowler Balance(s): $13,234,319.04 | | | | | |
| **Eligibility Criterion** | R DO NORTE, 7200-354, REGUENGOS MONSARAZ, ÉVORA, Portugal | | | | | | |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | 559244.22 | USD | 1 | $559,244.22 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | 4021234.55 | EUR | 1.23 | $4,946,118.50 |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | 40857150.16 | USD | 1 | $40,857,150.16 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | 37566674.76 | EUR | 1.23 | $46,207,009.95 |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | 841319.64 | USD | 1 | $841,319.64 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | 4130430.53 | EUR | 1.23 | $5,080,429.55 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | 3110 | EUR | 1.23 | $3,825.30 |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | 125169.31 | USD | 1 | $125,169.31 |
| JPY | | Account Balance | PT50 0035 0216 00076478170 65 | ¥3,947,369 | JPY | 0.0094 | $37,105.27 |
| AUD | | Account Balance | PT50 0035 0216 00076477370 40 | $5,020.57 | AUD | 0.78 | $3,916.04 |
| CAD | | Account Balance | PT50 0035 0216 00076476570 15 | $1,491,295.80 | CAD | 0.78 | $1,163,210.72 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | € 7,758,038.66 | EUR | 1.23 | $9,542,387.55 |
| GBP | | Account Balance | PT50 0035 0786 00071414070 17 | £507,163.11 | GBP | 1.39 | $704,956.72 |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | $15,964,355.79 | USD | 1 | $15,964,355.79 |
| USD | | Account Balance | PT50 0035 0216 00076487070 40 | $1,998,823.00 | USD | 1 | $1,998,823.00 |
| EUR | | Account Balance | PT50 0035 0216 00076482530 80 | € 515,796.55 | EUR | 1.23 | $634,429.76 |
| Caixa Total | | | | | | | $128,669,451.49 |
| CAIXA GERAL DE DEPOSITOS, SA | | | | | | | |
| ALAMEDA DOS COMBATENTES DA GRANDE GUERRA, | Cascais | | | | | | |
| ZIP | 2750-011 CASCAIS | | | | | | |
| COUNTRY | Portugal | | | | | | |
| **Eligibility Criterion** | R DO NORTE, 7200-354, REGUENGOS MONSARAZ, ÉVORA, Portugal | | | | | | |
| EUR | | Account Balance | 9-5589571.000.003 | €3,690,000.00 | EUR | 1.23 | $4,538,700.00 |
| CAD | | Account Balance | 9-5589571.306.002 | $826,313.30 | CAD | 0.78 | $644,524.37 |
| EUR | | Account Balance | 9-5589571.000.001 | € 2,003,877.76 | EUR | 1.23 | $2,464,769.64 |
| USD | | Account Balance | 9-5589571.306.001 | $35,532,377.21 | USD | 1 | $35,532,377.21 |
| EUR | | Account Balance | 9-5589571.000.006 | €10,767,968.80 | EUR | 1.23 | $13,244,601.62 |
| EUR | | Account Balance | 9-5589571.000.004 | € 4,381,000.00 | EUR | 1.23 | $5,388,630.00 |
| EUR | | Account Balance | 9-5589571.000.001 | €30,000.00 | EUR | 1.23 | $36,900.00 |
| USD | | Account Balance | 9-5589571.306.001 | $11,348,779.65 | USD | 1 | $11,348,779.65 |
| EUR | | Account Balance | 9-5589571.000.001 | €16,134.35 | EUR | 1.23 | $19,845.25 |
| BPI Total | | | | | | | $73,219,127.75 |
| BPI BAnk | | | | | | | |
| Rua Dr Iracy Doyle 6 B, 2750-377 Cascais | | | | | | | |
| Portugal | | | | | | | |
| **Eligibility Criterion** | R DO NORTE, 7200-354, REGUENGOS MONSARAZ, ÉVORA, Portugal | | | | | | |
| Bankinter EUR | | Account Balance | No online access | €2,999,982.32 | EUR | 1.23 | $3,689,978.25 |
| Bankinter USD | | Account Balance | On online access | $13,202,584.31 | USD | 1 | $13,202,584.31 |
| Bankinter Total | | | | | | | $16,892,562.56 |
| BankInter | | | | | | | |
| Av. 25 de Abril 1097E, 2750-642 Cascais | | | | | | | |
| Portugal | | | | | | | |
| **Crypto Sp Zoo.** | | | | | | | |
| Polish - USD | | Account Balance | Polish Cetral Bank NA | $256,000,000.00 | USD | 1 | $256,000,000.00 |
| Polish Bank - EUR | | Account Balance | Polish Cetral Bank NA | €104,000,000.00 | EUR | 1.13 | $117,520,000.00 |
| Polish -GBP | | Account Balance | Polish Cetral Bank NA | £1,644,571.03 | GBP | 1.27 | $2,088,605.21 |
| | | | | | | | $375,608,605.21 |
| Polish National Bank | | | | | | | |
| Świętokrzyska 11/21, 00-919 Warszawa, Poland | | | | | | | |