| Claim # | Date Filed | Amount Claimed | Creditor number | Creditor Name | Adjustment Amount to Reflect Actual Loss Attributable to Fowler | Adjustment Notes | Result | Additional Explanatory Notes |
|---|---|---|---|---|---|---|---|---|
| ESMG CLAIM NO. 12 | 5/29/2019 | $5,175,328.00 | 17772724 | David S. Pottruck Revocable Trust | | | $5,175,328.00 | Promissory note financing under bridge and other loans in fall 2018 and Jan/Feb. 2019. |
| LFE CLAIM NO. 297 | 8/2/2019 | $7,000,000.00 | 17825404 | MGM RESORTS INTERNATIONAL OPERATIONS, INC. | ($2,000,000.00) | Adjusted to reflect settlement with Trustee under which MGM took possession of certain collateral and reduced its claim. | $5,000,000.00 | These notes and related note purchase agreement were entered into effective September 10, 2018, and were only partially secured, as the adjustment reflects. |
| LFE CLAIM NO. 225 | 7/2/2020 | $3,150,000.00 | 17814447 | NFL Enterprises LLC | | Amount includes all rejection damages computed under contract minimum guaranteed payment | $3,150,000.00 | Contract entered into 1/9. |
| LFE CLAIM NO. 262 | 8/4/2019 | $2,707,951.53 | 17825903 | Swirl Inc. | | | $2,707,951.53 | For unpaid sums owed under consulting agreement dated 11/5/18. |
| LFE CLAIM NO. 236 | 7/25/2019 | $2,725,345.46 | 17702677 | Morgan, Lewis & Bockius | ($626,621.43) | Adjustment to exclude all invoices dated after 2/27/19. Date selected because law firms bill in arrears, such that 2/27 invoices would have included work in the prior month. Also adjusted to exclude invoices dated prior to July 2018 before | $2,098,724.03 | |
| ESMG CLAIM NO. 22 | 7/19/2019 | $10,148,167.02 | 17814747 | CSTV Networks, Inc. and its affiliates | ($8,307,675.40) | Adjustment reflects claimed rejection damages claimed for periods after season one, for the alleged loss of an exclusive broadcast option to broadcast in seasons three and four and unliquidated amounts. The Trustee believes these amounts are too uncertain to attribute as actual loss to Fowler. | $1,840,491.62 | The term sheet related to this production was entered 3/14/18 for programing to be provided in 2019 for AAF's spring football league.  AAF was to bear the production costs of delivering programing to CBS for telecast and to pay other costs to be incurred in Season 1. |
| LFE CLAIM NO. 168 | 6/12/2019 | $1,831,648.00 | 17785978 | Aramark Sports and Entertainment Services, LLC | ($746,056.00) | Contract entered 10/2018; adjustment to exclude net operating loss booked for March 2019 period, cost of closing project and unamortized balance of retail investment. | $1,085,592.00 | |
| LFE CLAIM NO. 4 | 4/25/2019 | $835,228.00 | 17635993 | Outdoor America Images, Inc. OAI | | | $835,228.00 | These expenses are for the refit of game stadiums with graphics, branding and logos and removal of the installations.  POC attachment indicates these amounts and related goods and services were contracted for and ordered on or before December 26, 2018 and delivered in January and February 2019 on invoices that included net 30 payment terms from the ship date. |
| LFE CLAIM NO. 274 | 8/5/2019 | $806,051.35 | 17827461 | Silicon Valley Bank | | | $806,051.35 | Reflects amounts due to Silicon Valley Bank for failure to pay on credit card account agreement and draws made on an irrevocable letter of credit issued under a Dec. 2018 agreement. |
| LFE CLAIM NO. 25 | 3/17/2021 | $850,000.00 | 18152247 | Security Industry Specialists, Inc. | ($56,248.86) | Amount reflects bankruptcy court approved settlement with Trustee in preference action where Trustee recovered certain payments within 90 days of filing and not others under services contract. | $793,751.14 | Invoice No. 130861 covers invoices for 2/1 to 2/28 period; The invoice includes monthly contract fees for various security supervisory personnel ($77,252.06) plus daily fees for team security personnel )$81,786.38) plus hourly fees for security associates ($35,624.90).  Also includes $28,989.24 for security subcontractors plus reimbursable out of pocket for per diem, airfare, etc. ($10,761.44); based on a review of all backup documentation attached to Claim No. 25-1 before amendment and additional adjustment of $56,248.86 is warranted to reflect per diem, expense, daily and subcontractor fees for activities after |
| LFE CLAIM NO. 243-2 | 7/30/2019 | $781,883.11 | 17705043 | UCF Athletics Association, Inc. | | | $781,883.11 | Unpaid balance for goods, services and license fees for games 1,2,3 at spectrum stadium; difficult to discern from documents whether claims is rejection damages claim or for events |
| LFE CLAIM NO. 244 | 7/31/2019 | $600,529.00 | 17822150 | LMREC III CLO I REO I, Inc. | | | $600,529.00 | Reflects billing for training camp lodging and services in January 2019. |
| LFE CLAIM NO. 256 | 8/2/2019 | $637,262.00 | 17825283 | Won Worldwide, LLC | ($50,000.00) | Adjustment to exclude monthly retainer fees for March and April 2019. | $587,262.00 | |
| LFE CLAIM NO. 108 | 5/23/2019 | $569,730.54 | 17700369 | Georgia State University Athletics / | | | $569,730.54 | Claim represents rejection damages and use agreement/cancellation fee owed under terms of facility use and license agreement, plus invoiced services of paid use. |
| LFE CLAIM NO. 193 | 6/27/2019 | $562,017.38 | 17795664 | TRT Development Company-San Antonio | | | $562,017.38 | Reflects billing for training camp lodging, catering and other services, all incurred in January 2019. |
| LFE CLAIM NO. 208 | 5/13/2021 | $946,767.66 | 17702854 | NEP Supershooters, LP | ($437,997.11) | Adjustment based on invoice summary to reflect only charges for work and services and materials due through the end of season week two. | $508,770.55 | Adjustment is the difference between the claim amount and sum of week 1 and 2 Invoices # 61219, 61442, 61445, 6160161602, 61604, IN741013 + 1/8 x 150,000 |
| LFE CLAIM NO. 205 | 7/10/2019 | $478,148.00 | 17701024 | Holiday Inn Riverwalk | | | $478,148.00 | Reflects billing for training camp lodging and services in January 2019. |
| LFE CLAIM NO. 300 | 12/20/2019 | $445,393.10 | 17700075 | First Insurance Funding | | Balance owed on insurance premium finance agreement for premiums advanced at agreement | $445,393.10 | |
| LFE CLAIM NO. 14 | 5/13/2019 | $422,832.26 | 17757799 | bluemedia, Inc. | ($10,100.87) | Adjusted to reflect 3 invoices with date created after 2/20). | $412,731.39 | Design services and products. |
| LFE CLAIM NO. 223 | 7/18/2019 | $321,183.50 | 17699840 | eClinicalWorks LLC | ($30,000.00) | Adjustment for prepetion quarterly fee due 4/1/19; claim includes rejection damages for one time license ("up front") fees billable over the course of 3 years. | $291,183.50 | |
| LFE CLAIM NO. 229 | 7/23/2019 | $287,611.00 | 17816511 | IsoLynx, LLC | | | $287,611.00 | Claim for amounts owed under agreement to provide hardware, software and support for player wearable data tracking and transmission devices.  Agreements entered 10/29/18. |
| LFE CLAIM NO. 195 | 6/27/2019 | $284,416.29 | 17796262 | Emily Morgan, LLC | | | $284,416.29 | Reflects billing for training camp lodging and services in January 2019. |
| LFE CLAIM NO. 271 | 8/5/2019 | $233,533.77 | 17827254 | Xandr | | | $233,533.77 | Reflects invoicing for ad media services for January 2019 and December 2018 billing periods. |
| LFE CLAIM NO. 159-3 | 6/5/2019 | $314,535.75 | 17781760 | IHEART MEDIA + ENTERTAINMENT, INC. | ($106,196.00) | Multimedia advertising; adjustment6 for advertising ordered under master agreement after 2/14. | $208,339.75 | |
| LFE CLAIM NO. 265 | 8/5/2019 | $200,379.74 | 17826268 | 100 South Ashley Property Owner, LLC | | | $200,379.74 | Claim reflects the rejection damages owed under a lease and some parking expense.  Landlord retained $100,000 security deposit with was lost to debtor. |
| LFE CLAIM NO. 261 | 8/2/2019 | $180,000.00 | 17825682 | IGG Consulting, LLC | | | $180,000.00 | Rejection damages under consulting agreement dated August 2018 to secure PALS buyers. |
| AAFPLA CLAIM NO. 24 | 7/15/2019 | $177,000.00 | 17783274 | WCF Mutual Insurance Company | | Unpaid pre-petition balance of Worker's Compensation policy. | $177,000.00 | |
| LFE CLAIM NO. 248 | 7/31/2019 | $170,882.81 | 17822819 | New Era Cap Co., Inc. | ($474.78) | Reflects invoice transaction date3/29/19. | $170,408.03 | |
| LFE CLAIM NO. 277 | 8/5/2019 | $200,065.05 | 17705065 | University of Utah (University System of Utah) | ($40,768.46) | Adjustment to exclude charges for medical services provided after 2/14/19 | $159,296.59 | |
| LFE CLAIM NO. 233 | 7/24/2019 | $159,293.20 | 17817086 | ALT Systems, Inc. | | | $159,293.20 | Reflects invoicing for computer goods sold before 2/15/19. |
| LFE CLAIM NO. 209 | 8/13/2019 | $156,819.15 | 17700866 | HENRY SCHEIN, Inc. | ($1,417.40) | Adjusted to exclude medical supplies ordered after 2/8/19. | $155,401.75 | |
| LFE CLAIM NO. 253 | 8/2/2019 | $150,000.00 | 17824694 | Hines Ward Jr. | | | $150,000.00 | Balance due for year one of employment contract entered into August 6, 2018 |
| LFE CLAIM NO. 198 | 7/3/2019 | $143,142.90 | 17703924 | SAFC Management | | | $143,142.90 | Rental fees for training camp practice facilities. |
| LFE CLAIM NO. 184 | 6/21/2019 | $133,158.63 | 17699896 | Embassy Suites San Antonio Riverwalk Downtown | | | $133,158.63 | Reflects billing for training camp hotel rooms and related expenses.  Claim summary and attachments reflect all amounts including credits against claim occurred before 2/18/19 for services before that time. |
| LFE CLAIM NO. 170 | 6/12/2019 | $131,532.42 | 17703198 | PCH TRIBUNE LLC DBA NUMBER SIX LLC | ($75.00) | Adjusted to exclude billings for March period based on aging detail on invoice for past due balances. | $131,457.42 | |
| LFE CLAIM NO. 272 | 8/5/2019 | $194,026.00 | 17697874 | 1954 Productions, LLC | ($66,740.00) | Adjustment reflects invoice for services rendered before Fowler involvement, and for office reservation fees of $3,775 for March 2019. | $127,286.00 | |
| LFE CLAIM NO. 264 | 8/5/2019 | $496,393.77 | 17826008 | Carey International, Inc. | ($370,986.51) | Adjustment to excluded invoiced services where service date was after 2/23/19. | $125,407.26 | |
| LFE CLAIM NO. 1 | 4/22/2019 | $169,800.00 | 17692168 | Joe Bosack | ($49,800.00) | Adjustment reflects $49,800.00 attributable to 13 invoices dated 3/5/19. | $120,000.00 | Of this amount , 120K invoice is only one that post-dates Fowler term sheet. |
| LFE CLAIM NO. 219 | 7/17/2019 | $113,671.06 | 17702179 | Marriott Plaza San Antonio | | | $113,671.06 | Reflects billing for training camp lodging and services in January 2019. |
| LFE CLAIM NO. 10 | 5/3/2019 | $108,700.00 | 17704753 | Teamworks Innovations, Inc. | | Contract entered 10/2018; amount of claim represents 1/2 of first year annual contract lump sum net of all customer discounts | $108,700.00 | Contract entered 12/10/18 for total base annual fee of $217,400 for each of 3 year term plus quarterly fees; contract attached to claim; appears that claim was already adjusted to reflect credits for early termination based on termination option language. Contract rejected as a matter of law. |
| LFE CLAIM NO. 180 | 6/20/2019 | $108,199.08 | 17704883 | Three Sisters Partnership | | Lease entered into 10/12/2018.  Claim represents rejection damages under bankruptcy code. | $108,199.08 | Claim represents rejection damages capped at 506(b)(2) amount plus prepetion charges under facilities lease. |
| LFE CLAIM NO. 246 | 7/31/2019 | $655,245.29 | 17822286 | SkyCam, LLC | ($548,166.06) | Adjustment to exclude amounts in claim attributable to season weeks after week two. | $107,079.23 | |
| LFE CLAIM NO. 104 | 5/22/2019 | $105,391.00 | 17702815 | Nationwide Referral Company, Inc. dba Apartment & | | | $105,391.00 | On this claim, the contract for the rooms was entered on 1/25/19; however the contract obligates the AAF to pay for the entirety of the term in the event of a cancellation.  AAF is obligated for the full amount of the claim based on contract entered into during the period pre-dating DCP involvement and is properly included in summary.  Adjustment made to correct prior miscalculation as claim already netted AAF's $57,343.00 payment on 3/26 in computing the 105K owed. |
| LFE CLAIM NO. 98 | 5/22/2019 | $104,139.86 | 17701183 | Hyatt Regency Riverwalk San Antonio | | | $104,139.86 | Group invoice for AAF January 2019 Training Camp |
| LFE CLAIM NO. 254 | 8/2/2019 | $102,223.39 | 17817590 | Shaun O'Hara | | | $102,223.39 | Reflects on air talent agreement balance entered into as of February 8, 2019. |
| LFE CLAIM NO. 159 | 6/6/2019 | $100,000.00 | 17782934 | Theodore J Cottrell | | | $100,000.00 | |
| LFE CLAIM NO. 146 | 6/3/2019 | $99,550.12 | 17703441 | Prospect Productions LLC dba Barnicle | | | $99,550.12 | Production-related services all predating 2/15/19 |
| LFE CLAIM NO. 304 | 1/3/2022 | $98,397.21 | 17702781 | MWW Group LLC | | | $98,397.21 | Claim reflects the claim after settlement of preference action in which the trustee recovered preference payments to MWW |
| LFE CLAIM NO. 18 | 5/13/2019 | $94,950.00 | 17704280 | Silverman Group | | | $94,950.00 | Silverman Group performed advertising services for AAF that were almost certainly incurred during Fowler period considering the fact that after DCP infused cash, its management withheld advertising.  Also, Silverman Group was one of original developers of AAF content. |

| Claim | Date | Amount | Claim No. | Creditor | Adjustment | Net Amount | Notes |
|---|---|---|---|---|---|---|---|
| AAFPRO CLAIM NO. 1 | 4/22/2019 | $117,600.00 | 17655358 | Media2, Inc. dba m2 | ($25,100.00) | $92,500.00 | Reflects adjustment for media/promotional material services and goods invoiced on 2/25/19. |
| LFE CLAIM NO. 135 | 6/17/2019 | $130,134.83 | 17699977 | F&F Productions | ($42,158.48) | $87,976.35 | Adjustment reflects reduction for production services provided for games in March/April 2019. |
| LFE CLAIM NO. 131 | 5/28/2019 | $211,340.00 | 17698494 | Big Fogg, Inc. | ($127,040.00) | $84,300.00 | This adjustment reflects an analysis of the contract fees to distinguish services ordered for games during season week 1 and 2 from season games after DCP cash infusion. |
| LFE CLAIM NO. 266 | 8/5/2019 | $262,070.77 | 17826489 | Sodexo, Inc. | ($178,159.29) | $83,911.48 | Adjusted to excluded catering charges for service after 2/15/19. |
| LFE CLAIM NO. 241 | 7/30/2019 | $81,529.83 | 17821410 | Belz Construction Services, LLC | | $81,529.83 | Reflects balance of 10/18/2018 contract for the construction of temporary facilities for the Memphis Express. |
| LFE CLAIM NO. 5 | 4/26/2019 | $80,012.00 | 17695738 | Arizona Department of Revenue | | $80,012.00 | Taxes. Based on POC attachment would have accrued during the Fowler period. Level 6 priority claim. |
| LFE CLAIM NO. 95 | 5/22/2019 | $78,522.49 | 17768710 | Thomas Mason | | $78,522.49 | Remainder of 2019 coaching contract. |
| LFE CLAIM NO. 207 | 7/10/2019 | $712,336.18 | 17805570 | Blue Cross of California d/b/a Anthem Blue Cross | ($635,493.78) | $76,842.40 | Adjustment to reflect as actual loss attributable to Fowler only premium owed and unpaid for Feb. 2019 for Coaches subgroup. Invoices and payment history summaries indicate that Feb. 2019 premiums for Admin Staff and Player subgroups were paid. |
| AAFPLA CLAIM NO. 17 | 6/11/2019 | $75,630.68 | 17786771 | Mobile Modular Management Corporation | | $75,630.68 | Reflects charges for temporary facilities installation in San Diego invoiced in December 2018 through January 2019. |
| LFE CLAIM NO. 228 | 7/22/2019 | $206,115.87 | 17703969 | San Diego Sportservice, Inc. | ($130,725.94) | $75,389.93 | Catering goods and services. Adjustment to exclude charges for services ordered for games and provided after 2/17. |
| LFE CLAIM NO. 220 | 7/17/2019 | $79,417.12 | 17812709 | Marriott Memphis East | ($10,427.03) | $68,990.09 | Adjustment to exclude charges for Week 3 game which occurred on 3/2/19 after alternative funding |
| LFE CLAIM NO. 232 | 7/24/2019 | $65,883.10 | 17759955 | LEGENDARY FIELD EXHIBITIONS, LLC | ($288.03) | $65,595.07 | Filed in wrong creditor name. Actual creditor is Schutt, purveyor of helmets and other football equipment provided; Adjustment reflects one transaction that occurred in April 2019. |
| LFE CLAIM NO. 2 | 4/23/2019 | $60,000.00 | 17693402 | The Montag Group, LLC | | $60,000.00 | Contract fee is $20K /month for term that ended Feb. 2019;, so this fee would have included Dec. to Feb., all within Fowler period |
| LFE CLAIM NO. 249 | 7/31/2019 | $50,000.00 | 17699450 | Cynthia Frelund - WME Entertainment, LLC | | $50,000.00 | Reflects on air talent agreement balance entered into as of February 5, 2019. |
| LFE CLAIM NO. 267 | 8/5/2019 | $50,000.00 | 17826642 | Synergy Specialists Medical Group, Inc. | | $50,000.00 | Balance owed under medical services agreement dated 2/1/19. |
| LFE CLAIM NO. 101 | 5/22/2019 | $50,446.10 | 17701463 | Juleyna, LLC dba Exhibit Experts | ($1,865.29) | $48,580.81 | Adjustment reflects invoice for goods ordered 2/18/19 (Invoice No. HOT021919E) |
| LFE CLAIM NO. 235 | 7/26/2019 | $51,602.62 | 17818700 | ATLANTIC COAST ORTHOPAEDIC MEDICAL SUPPLIES, INC. | ($3,678.81) | $47,923.81 | Allowed as Unsecured; Adjustment reflects invoicing for goods transacted on 2/19/19 and later |
| AAFPLA CLAIM NO. 8 | 5/16/2019 | $46,190.00 | 17760614 | KFMB Television | | $46,190.00 | Reflects invoicing for tv media during January 2019 and December 2018. |
| LFE CLAIM NO. 7 | 4/30/2019 | $44,664.19 | 17745506 | SHOCK DOCTOR INC | | $44,664.19 | Latest due date for invoice is 2/20, so for services / products inside Fowler period. |
| LFE CLAIM NO. 17 | 5/14/2019 | $171,055.22 | 17703188 | Pavilion Management Company dba Hilton Phoenix | ($129,946.76) | $41,108.46 | Adjustment for Room and Banquet charges incurred post 2/25 do actual loss attributed to Fowler includes only amounts unpaid for charges on or |
| LFE CLAIM NO. 3 | 4/25/2019 | $40,000.00 | 17694609 | Steve Mariucci | | $40,000.00 | Talent agreement entered into on 2/5/19 at 20K per game, so this invoice could have covered games in Fowler period. |
| AAFPLA CLAIM NO. 10 | 5/24/2019 | $53,968.66 | 17771073 | Office Depot | ($14,435.96) | $39,532.70 | Adjustment to exclude charges invoiced after 2/14/19. |
| LFE CLAIM NO. 76 | 5/20/2019 | $40,075.00 | 17697932 | Aflanny Inc. | ($1,933.00) | $38,142.00 | Quickbooks records indicate that $38,142 was charged for studio broadcasting weeks 1-3. Adjustment made to reflect only claim for service for season weeks 1 by this formula:( 38,142 x 2/3) =25,428.  ensures amounts claimed relate to services in Fowler period.) Ledger reflects that DCP funds were likely covered on 3/22 using DCP funds and billings for equivalent services during DCP period went unpaid. Week 3 occurred on the weekend beginning 2/23/19. On that same day, Fowler and AAF signed an agreement by which AAF agreed not to seek additional amounts from Fowler under the Series 1 Stuck Purchase Agreement or the Line of Credit |
| LFE CLAIM NO. 252 | 8/2/2019 | $48,088.42 | 17704083 | School of Health Corp. | ($13,745.12) | $34,343.30 | Adjustment reflects reduction for goods shipped/invoiced after 2/18/19. |
| ESMG CLAIM NO. 5 | 5/9/2019 | $33,315.66 | 17728048 | Spectrum Reach / Charter | | $33,315.66 | Reflects invoicing for services performed in January and February 2019. |
| AAFPLA CLAIM NO. 13 | 5/30/2019 | $33,163.10 | 17774241 | KCYY/KISS/KTKX Radio | | $33,163.10 | Reflects charge-off invoicing for radio media in January 2019 and before Feb. 17, 2019. |
| ESMG CLAIM NO. 7 | 5/9/2019 | $49,964.40 | 17728048 | Spectrum Reach / Charter | ($17,005.77) | $32,958.63 | Adjustment to exclude charges invoiced 5/9 but only 60 days past due. |
| LFE CLAIM NO. 206 | 7/10/2019 | $32,880.00 | 17806390 | Cox Media - San Diego | | $32,880.00 | Reflects advertising fees for the December 2018 and January and February 2019 billing cycle. Fees are gross and invoices do not enable more granular breakdown |
| LFE CLAIM NO. 293 | 6/25/2020 | $32,146.00 | 18042875 | Street & Smith's Sports Group | | $32,146.00 | |
| LFE CLAIM NO. 242 | 7/30/2019 | $30,691.93 | 17821902 | Accolade USA Inc. | | $30,691.93 | Reflects invoicing for goods ordered before 2/15/19. |
| LFE CLAIM NO. 153 | 6/3/2019 | $24,600.05 | 17702825 | NBC Universal Media, LLC | | $24,600.05 | Invoices for advertising spots; invoices indicate air dates before 2/18/19. |
| LFE CLAIM NO. 126 | 5/28/2019 | $26,122.20 | 17771814 | TOP Marketing USA | ($1,785.00) | $24,337.20 | Adjustment made to reflect reduction for Invoice No. 10549 with an invoice and ship date of 2/22/19. |
| ESMG CLAIM NO. 6 | 5/9/2019 | $23,687.19 | 17728048 | Spectrum Reach / Charter | | $23,687.19 | Reflects invoicing for services performed in January and February 2019. |
| LFE CLAIM NO. 258 | 8/2/2019 | $23,206.00 | 17825527 | Deseret Digital Media INC | | $23,206.00 | Reflects invoicing for ticket sales in November and December |
| LFE CLAIM NO. 8 | 4/30/2019 | $55,235.01 | 17701293 | JDH Broadcasting LLC - Dan Hellie | ($32,735.01) | $22,500.00 | Adjustment possible because agreement states states a per game fee; Adjustment reflects reduction to include only games weeks 1,2,3. Talent agreement entered into on 1/18/19; would have been in reliance on Fowler funding. $7500 per game plus travel for play-by-play announcing. |
| LFE CLAIM NO. 72 | 5/20/2019 | $21,681.10 | 17767291 | Datatix - SLC | | $21,681.10 | No adjustment. The claim represents ticket sales refunds paid by vendor to purchasers but not reimbursed by AAF. There are only a few instances in which the record attached to the claim indicates a refund for reimbursement after 2/17/19, deminis amount involved and not adjusted. |
| AAFPLA CLAIM NO. 2 | 5/6/2019 | $21,025.00 | 17754197 | Lamar Advertising Company-Credit Dept. | | $21,025.00 | Reflects invoicing for preseason billboard advertising |
| LFE CLAIM NO. 82 | 5/21/2019 | $20,397.68 | 17758298 | Marriott International, Inc. | | $20,397.68 | Contracts attached with quot$ed room rates for 2/3/2/3  60 rooms at $302. 0lus hotel tax, which equals amount of claim. |
| LFE CLAIM NO. 295 | 10/4/2019 | $21,291.37 | 17878010 | Memphis 310262 AAF | ($1,231.00) | $20,060.37 | Adjustment for advertising ordered for March 2019 billing period. |
| LFE CLAIM NO. 150 | 6/3/2019 | $19,900.00 | 17779676 | San Antonio Express | | $19,900.00 | For $1800 for billing period 2/1/19 to 2/28/19. Not further broken down. $18,300 predates that time and was past due as of the beginning of the billing period based on invoices. |
| LFE CLAIM NO. 138 | 5/30/2019 | $23,500.00 | 17774251 | Atlanta Journal-Constitution | ($5,000.00) | $18,500.00 | Adjustment to reflect only amounts accrued and invoiced for February 2019. |
| LFE CLAIM NO. 143 | 6/2/2019 | $78,842.56 | 17759955 | LEGENDARY FIELD EXHIBITIONS, LLC | ($61,341.80) | $17,500.76 | Filed in wrong creditor name. Actual creditor is Image-Cam, Inc. Adjustment to reflect invoiced charges applicable only to season weeks one and |
| LFE CLAIM NO. 217 | 7/16/2019 | $17,077.44 | 17698131 | Architectural Surfaces & Design Inc. | | $17,077.44 | These are separate fees that Fowler separately promised to fund but did not based on the available email communications, all before April 2019 when his fraud and arrest became public. |
| LFE CLAIM NO. 183 | 6/21/2019 | $17,687.79 | 17792182 | Tri-C Club Supply, Inc. | ($1,973.52) | $15,714.27 | Adjustment reflects reduction for goods shipped/invoiced after 2/13/19. Cannot discern from face of invoice whether goods were ordered on or before invoice date; adjustment gives the defendant benefit of the doubt. |
| LFE CLAIM NO. 250 | 8/1/2019 | $267,695.50 | 17824332 | G&G Outfitters, Inc. | ($252,035.08) | $15,660.42 | Adjustment to exclude amounts for merchandise ordered after 2/17/19. |
| AAFPLA CLAIM NO. 7 | 5/16/2019 | $15,641.32 | 17760030 | KPNX Television | | $15,641.32 | Reflects invoicing for tv media during January 2019. |
| LFE CLAIM NO. 23 | 5/16/2019 | $16,125.75 | 17760058 | DR. JILLS FOOT PADS INC | ($775.90) | $15,349.85 | Adjusted for one invoice (No 143463) created and with ship date of 2/20/19) All invoices pre |
| LFE CLAIM NO. 303 | 5/23/2021 | $22,500.00 | 17698093 | Andrew David Siciliano dba ADS Sports, Inc. | ($7,500.00) | $15,000.00 | Adjustment to exclude amounts for services after week 3 broadcase (2/23) |
| LFE CLAIM NO. 226 | 7/21/2019 | $56,353.54 | 17815154 | Control Dynamics Corporation | ($43,158.05) | $13,195.49 | Adjustment to exclude services and goods provided after season week two. |
| AAFPLA CLAIM NO. 1 | 5/7/2019 | $42,307.03 | 17754147 | State of Alabama Department of Revenue | ($29,380.68) | $12,926.35 | Adjustment to include only sales taxes assessed and invoiced through 2/2019. |
| LFE CLAIM NO. 175 | 6/17/2019 | $11,747.00 | 17700087 | Five Marketing & Management LLC | | $11,747.00 | Claim states that the amount is for services performed and claims wage priority evidently in error. Claim appears unsecured. |
| LFE CLAIM NO. 298 | 11/30/2019 | $16,410.00 | 17917053 | Entercom Communications Inc. | ($5,175.00) | $11,235.00 | Adjusted to exclude charges for advertising charges invoiced for air dates after 1/15 |
| LFE CLAIM NO. 255 | 8/2/2019 | $10,955.78 | 17825171 | Hubbard Radio Phoenix, LLC | | $10,955.78 | Reflects invoicing for on air media incurred before 2/18/19. |
| LFE CLAIM NO. 157 | 6/6/2019 | $28,450.00 | 17699740 | Down In Front Productions, LLC | ($17,725.00) | $10,725.00 | Adjustment to reflect only Week 1 and Week 2 game services invoiced. |
| LFE CLAIM NO. 70 | 5/20/2019 | $15,720.00 | 17759955 | LEGENDARY FIELD EXHIBITIONS, LLC | ($5,240.00) | $10,480.00 | Filed in wrong creditor name. Actual creditor is Pyro Shows of Texas, Inc.; Adjustment reflects reduction for Invoice 1623 dated 3/26/19. Pyrotechnics displays services. |
| LFE CLAIM NO. 251 | 8/1/2019 | $10,452.00 | 17824435 | WinCraft, Incorporated | | $10,452.00 | Reflects invoices for goods sold on or before 2/14/19. |
| LFE CLAIM NO. 281 | 8/5/2019 | $10,407.79 | 17828467 | CT Corporation | | $10,407.79 | Reflects corporate registration and other services for AAF entities in various states; the attached invoices are not dated or  are apparently dated when printed after bankruptcy filing and it cannot be stated with precision if any of the registrations or other services were actually performed before June 2018 or after |
| LFE CLAIM NO. 64 | 5/20/2019 | $11,170.00 | 17703182 | Paul M Halsey dba Admiral Video, LLC | ($970.00) | $10,200.00 | Adjustment reflects amounts on invoice for expense incurred 2/20 and 2/27. |
| LFE CLAIM NO. 136 | 5/29/2019 | $12,977.00 | 17699891 | EM Printing, LLC | ($2,794.00) | $10,183.00 | Adjustment reflects printed goods ordered/shipped after 2/15/19 |
| AAFPLA CLAIM NO. 14 | 5/31/2019 | $8,755.00 | 17775376 | WHBQ Television | | $8,755.00 | Reflects invoicing for unpaid tv media spots in January 2019 and before Feb. 14, 2019. |

| Claim | Date | Amount | Invoice | Creditor | Adjustment | Adjustment Reason | Fair Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| LFE CLAIM NO. 197 | 7/1/2019 | $8,500.00 | 17705266 | War Machine Inc. dba TSHIRTGUN.COM | | | $8,500.00 | Goods provided prior to 2/1/19 |
| LFE CLAIM NO. 28 | 5/17/2019 | $13,949.99 | 17766168 | Broadway Media, LLC dba KALL-ESPN 700 | ($5,560.00) | Invoice summary indicates that as of 5/31/19, $5,560 was less than 90 days past due, indicating this amount would have been for advertising spots run after 3/1/19, equating to 60.14% delinquent, warranting adjustment in this amount, so as to include only spots purchased to run in February | $8,389.99 | |
| AAFPRO CLAIM NO. 13 | 10/15/2019 | $9,714.53 | 17883595 | FedEx Corporate Services Inc. | ($1,396.00) | Adjustment to excluded services invoiced on 4/1/19. | $8,318.53 | |
| LFE CLAIM NO. 290 | 8/20/2019 | $15,609.90 | 17700111 | Florida Department of Revenue | ($7,326.00) | Adjusted to exclude sales tax not assessed in 4/19. | $8,283.90 | |
| LFE CLAIM NO. 13 | 5/13/2019 | $8,687.85 | 17757605 | Cox Media - San Diego | ($887.40) | | $7,800.45 | Adjust to reflect advertising co9mmissi9ns only for the 2/19 bi8lling cycle. |
| LFE CLAIM NO. 227 | 7/22/2019 | $7,519.65 | 17816197 | HALO Branded Solutions, Inc. | | | $7,519.65 | For goods sold at and after F9wler arrangement agreed. One invoice for 677.43 was submitted prior to existence term sheet being in its final form. |
| LFE CLAIM NO. 221 | 7/18/2019 | $7,339.92 | 17699177 | Clear Gear | | | $7,339.92 | Goods sold and shipped in January 2019. |
| AAFPLA CLAIM NO. 11 | 5/30/2019 | $7,280.00 | 17774237 | WSRV Radio | | | $7,280.00 | Reflects invoicing for past due amounts for radio media for January and February 2019 billing periods. |
| LFE CLAIM NO. 6 | 4/29/2019 | $10,010.00 | 17696802 | PRISMIC IO, Inc. | ($2,885.08) | Supporting invoice in Euros. Claim stated in dollars; Invoice dated 4/4/19. Applied the Federal Reserve Bank daily exchange on invoice date to convert Euros to USD 1.1216. Based on invoice categories results: Annual Service Fee $1489.88, Jan-March bandwidth charges Adjustment computed by this formula: (bandwiidth charges x 2/3) + Annual Service Fee = 7124.92 attributable to Fowler. Adjustment reflects claim amount minus this sum. | $7,124.92 | Bandwidth charges |
| LFE CLAIM NO. 273 | 8/5/2019 | $6,620.00 | 17705344 | Wehbe, Freddie | | | $6,620.00 | Reflects claim for marketing fees and services. |
| LFE CLAIM NO. 179 | 6/20/2019 | $5,898.01 | 17790983 | BUCKS BAGS, INC. | | | $5,898.01 | Claim is for goods sold; invoices reflect latest order date is 1/29/19. |
| LFE CLAIM NO. 27 | 5/17/2019 | $13,635.00 | 17705197 | VITAC Corporation | ($8,100.00) | Adjusted so that actual loss only includes February 2019 lump sum billing for captioning | $5,535.00 | |
| AAFPRO CLAIM NO. 2 | 4/25/2019 | $5,000.00 | 17694644 | 825 n 300 west | | | $5,000.00 | Reflects invoicing for business journal print media in January |
| LFE CLAIM NO. 11 | 5/9/2019 | $9,118.25 | 17703925 | Safety Services, Inc. dba U.S. Safety Services | ($4,284.75) | On call ambulance service. Adjustment reflects games that were played and invoiced post-week 2. | $4,833.50 | |
| LFE CLAIM NO. 67 | 5/20/2019 | $4,500.00 | 17699846 | Edward Lepp dba Leppdesign, LLC | | | $4,500.00 | No adjustment. All services before 2/1/19 |
| LFE CLAIM NO. 196 | 7/2/2019 | $4,000.00 | 17801818 | UTAH MEDIA GROUP | | | $4,000.00 | Advertising claim of Salt Lake Tribune for print media predating February 2019. |
| AAFPLA CLAIM NO. 12 | 5/30/2019 | $4,000.00 | 17774240 | WFTV Television | | | $4,000.00 | Reflects invoicing for tv media during January 2019. |
| LFE CLAIM NO. 29 | 5/17/2019 | $11,860.38 | 17703622 | Rhino Arizona, LLC | ($7,872.00) | Adjustment reflects reduction for invoice generated after 2/15. All invoices are not available to determine when the related services performed with precision, but the number of invoices behind the claim suggests that services were performed roughly contemporaneous with invoice. | $3,988.38 | |
| LFE CLAIM NO. 247 | 7/31/2019 | $4,023.62 | 17759955 | LEGENDARY FIELD EXHIBITIONS, LLC | ($647.12) | Filed in wrong creditor name. Actual credito4r is Document Strategies, Inc. Adjustment to exclude charges on invoices submitted after 2/17/18 | $3,376.50 | |
| AAFPLA CLAIM NO. 18 | 6/18/2019 | $6,430.00 | 17789734 | KRLV/KOMP/KBAD Radio | ($3,060.00) | Adjusted to exclude charges for advertising charges invoiced for air dates after 2/14/19 | $3,370.00 | |
| LFE CLAIM NO. 291 | 8/29/2019 | $8,231.00 | 17846375 | MNI Targeted Media | ($5,062.37) | Adjustment for charges incurred after 2/12/19. | $3,168.63 | |
| LFE CLAIM NO. 199 | 7/8/2019 | $2,946.66 | 17699170 | Classic Traditions, Inc. | | | $2,946.66 | Expense for promotional goods ordered and sold prior to 2/1/19. |
| LFE CLAIM NO. 148 | 6/3/2019 | $2,883.49 | 17779660 | CenturyLink Communications, LLC | | | $2,883.49 | For telecommunications services. |
| LFE CLAIM NO. 111 | 5/23/2019 | $2,605.01 | 17769813 | Thomas Ward | | | $2,605.01 | Reimbursement owed for out of pocket consultant expense. |
| LFE CLAIM NO. 127 | 5/28/2019 | $4,800.00 | 17704262 | Signal Wiz - Technical Services | ($2,400.00) | Adjustment to0 reflect reduction for services rendered in March 2019 games. | $2,400.00 | |
| LFE CLAIM NO. 182 | 6/21/2019 | $160,259.59 | 17791732 | 1715 Aaron Brenner Drive Suite 800 | ($157,903.58) | Catering goods and services. Adjustment to exclude invoices for March and April events. | $2,356.01 | |
| LFE CLAIM NO. 47 | 5/19/2019 | $1,946.66 | 17702116 | Major Promotions | | | $1,946.66 | Invoice date is 2/25. Product is promotional goods. Not entirely clear when order made, but invoice date is so close to that is  left |
| LFE CLAIM NO. 234 | 7/25/2019 | $7,303.00 | 17817751 | Crew One Productions, Inc. | ($5,922.80) | Adjustment reflects services provided for event staff for games on and after 3/2/19. | $1,380.20 | |
| LFE CLAIM NO. 122 | 5/26/2019 | $3,482.40 | 17771769 | A Bounce Above Party Rentals | ($2,321.60) | Adjustment to reflect two invoices for goods and services provided after 2/20/19. | $1,160.80 | |
| LFE CLAIM NO. 129 | 5/28/2019 | $786.00 | 17772334 | CLIFF KEEN ATHLETIC | | | $786.00 | |
| LFE CLAIM NO. 132 | 5/28/2019 | $1,298.00 | 17772561 | TNT GameTruck, LLC | ($649.00) | Adjustment reflects reduction for invoiced amount attributable to the 3/17/19 game for which services were also provided. | $649.00 | |
| LFE CLAIM NO. 207 | 8/8/2019 | $1,500.00 | 17703467 | Push Button Films | ($1,000.00) | Adjustment to exclude rental charges after 2/15/19. | $500.00 | |
| LFE CLAIM NO. 26 | 5/17/2019 | $1,360.00 | 17700136 | Foot Management, Inc. | ($1,045.00) | Adjustment to reflect invoices for goods order before 2/15/2019 | $315.00 | |
| | | | | | | | | |
| | Total Selected Claims | $50,802,387.58 | | Total Adjustments | ($15,468,469.88) | | Total Fairly Attributed to Fowler | $35,333,917.70 |