**SERIES 1 STOCK FINANCING**

| Series 1 Convertible Note Purchaser | Note Purchase Date | Note Purchase Amount | Converted in Series 1 Transaction | Balance at Conversion | Series 1 Share Purchase |
|---|---|---|---|---|---|
| The Founders Fund VI, LP | 4/23/2018 | $793,840.00 | Y | | |
| The Founders Fund VI, LP | 11/13/2018 | $1,587,680.00 | y | | |
| **Total** | | $2,381,520.00 | | $2,396,200.61 | |
| The Founders Fund VI Principals Fund, LP | 4/23/2018 | $196,290.00 | Y | | |
| The Founders Fund VI Principals Fund, LP | 11/13/2018 | $392,580.00 | Y | | |
| **Total** | | $588,870.00 | | $592,500.03 | |
| The Founders Fund VI Entrepeneurs Fund, LP | 4/23/2018 | $9,870.00 | Y | | |
| The Founders Fund VI Entrepeneurs Fund, LP | 11/13/2018 | $19,740.00 | Y | | |
| **Total** | | $29,610.00 | | $29,792.54 | |
| M Ventures Fund II, LP | 4/26/2018 | $250,000.00 | Y | $254,273.98 | |
| The Mila Kutcher/Ashton Kutcher Family Trust | 4/23/2018 | $100,000.00 | Y | $101,734.25 | |
| Plexo Capital I, L.P. | 5/30/2018 | $250,000.00 | Y | $253,575.35 | |
| Mark V. Houghton Berry | 7/11/2018 | $1,000,000.00 | Y | $1,010,849.32 | |
| RAB 175 Acquisitions, LLC | 7/16/2018 | $250,000.00 | Y | $252,609.59 | |
| Kenneth Kantowitz | 8/2/2018 | $20,000.00 | Y | $20,180.83 | |
| Krinick ASC Holdings LLC | 8/3/2018 | $150,000.00 | Y | $151,343.84 | |
| Ebersol St. James Family Trust Dated November 14, 2007 | 8/21/2018 | $5,000,000.00 | Y | $5,037,397.27 | |
| Shaquille O'Neal Revocable Trust Agreement dated January 27, 1995 | 8/31/2018 | $125,000.00 | Y | $125,832.20 | |
| Remar Investments, LP, a Nevada Limited Partnership | 9/12/2018 | $1,000,000.00 | Y | $1,005,671.24 | |
| Robert Davis Noell and Stacey Wilson Noell | 9/18/2018 | $100,000.00 | Y | $100,567.13 | |
| Alan Kantowitz | | | Y | $20,103.57 | |
| Moorad Sports Partners, LLC | 11/7/2018 | $1,000,000.00 | Y | $1,001,068.50 | |
| David S. Potruck Revocable Trust | 11/13/2018 | $2,000,000.00 | y | $2,001,150.69 | |
| Kids 42 Investments, L.P. | 11/16/2018 | $100,000.00 | y | $100,032.88 | |
| Slow Ventures III, LP | 11/16/2018 | $1,327,682.76 | y | $1,328,119.26 | |
| Slow Ventures III-A, LP | 11/16/2018 | $72,317.24 | y | $72,341.02 | |
| FO2, LLC | | | | | $49,999,999.31 |
| | | | | $15,855,344.10 | $49,999,999.31 |

**BRIDGE FINANCING--12/18 Note and Warrant Purchase**

| Bridge Note and Warrant Purchaser | Note and Warrant Purchase Date | Initial Amount | | | |
|---|---|---|---|---|---|
| Ebersol St. James Family Trust Dated November 14, 2007 | 12/10/2018 | $1,000,000.00 | | | |
| | | | | $1,000,000.00 | |

**BRIDGE FINANCING--2/19 Note and Warrant Purchase**

| Bridge Note and Warrant Purchaser | Note and Warrant Purchase Date | Initial Amount | | | |
|---|---|---|---|---|---|
| Ebersol St. James Family Trust Dated November 14, 2007 | 2/11/2019 | $1,000,000.00 | | $1,000,000.00 | |

**Aggregate Total** $17,855,344.10