IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

————————————————————————————— X
                                     :

UNITED STATES OF AMERICA             :

           —V.—                   :     S3 19-Cr. 254 (ALC)

REGINALD FOWLER,                  :

           DEFENDANT.         :

————————————————————————————— X

## DECLARATION OF ALAN KANTOWITZ

My name is Alan Kantowitz.  I am a citizen of the United States and I reside in California.  Before the AAF suspended operations, I was involved as the Strategy Lead for Ebersol Sports Media Group and its subsidiaries.  In my role, I was involved in or knew about most of the company's significant business dealings, including dealings with Reggie Fowler.

In the summer of 2018, I was interested in making an investment in the AAF through ESMG's convertible note purchase agreement along with my brothers Kenneth and Steven, and Steven's in-laws. I was aware of Mr. Fowler's commitments and that he and ESMG had agreed in principal to an investment by Fowler of $50 million in equity together with a $120 million line of credit.  I had seen bank and investment account statements that Mr. Fowler provided showing more than enough funds on deposit to make the investment.

My brother, Kenneth, purchased a convertible promissory note in the amount of $20,000 on August 2, 2018.  My brother Steven and his in-laws bought in through Krinick ASC Holdings, LLC which purchased a $150,000 convertible note on August 3, 2018.  I purchased an equivalent $20,000 note on September 18, 2018.  We all consented to conversion of our notes in the Series 1 funding round led by Mr. Fowler.

Mr. Fowler never advised me or anyone else that he had been lying about his financial account balances.  Had I known that, I would not have purchased a note at that time or consented to its conversion and I wouldn't have allowed my brothers to either.   Although, our investment was small compared to others, it was a lot of money to us.

I declare state under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023.

Alan Kantowitz