IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
:
:
UNITED STATES OF AMERICA         :
:
—V.—                             :     S3 19-Cr. 254 (ALC)
:
REGINALD FOWLER,                 :
:
DEFENDANT.                   :
:
---------------------------------X

## DECLARATION OF KENNETH KANTOWITZ

My name is Kenneth Kantowitz. I am a United States citizen and I reside in New York.

In the summer of 2018, I discussed with my brothers Alan and Steven making an investment in the AAF through Ebersol Sports Media Group Inc's ("ESMG" or the "Company") convertible promissory note. I understood that Steven's brother-in-law Noah Krinick also had an interest. I was aware that ESMG was working on a capital raise and was in advanced discussions with Reggie Fowler to be a lead investor in that capital raise. Capital provided by Mr. Fowler would enable the AAF to fund its initial season.

I purchased a convertible note in the amount of $20,000 in August 2018. I know around the same time, Krinick ASC Holdings, LLC (an entity Steven is affiliated with through his wife's family) and Alan also purchased convertible notes.

Mr. Fowler never advised me that he wasn't able to access the funds he committed or that he was being less than candid with the AAF about his finances. Had I known that he was misrepresenting his finances and liquidity, I would not have invested in the Company. My investment was small compared to others, but it was a lot of money to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2023.

*Ken Kantowitz*
_____
Kenneth Kantowitz