IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA            :
:
—V.—                            :   S3 19-Cr. 254 (ALC)
:
REGINALD FOWLER,                    :
:
DEFENDANT.                  :
:
------------------------------------X

## DECLARATION OF RONNIE LOTT

My name is Ronnie Lott. I am a citizen of the United States and of California, where I reside. I am the manager of Kids 42 Investments, L.P. I was formerly a defensive back for the San Francisco 49ers.

In 2018, David Pottruck and I met with Charlie Ebersol in person about the possibility of making an investment in the AAF by purchasing a convertible promissory note. In connection with that meeting, we reviewed some financial and business projections and learned that AAF had a lead investor who was committing $170 million in equity and line of credit financing to the AAF. I learned that the lead investor was Reggie Fowler who represented himself as a real estate investor.

That fact that AAF had lined up such a substantial first round funding commitment was important to me as an investor. I decided to invest $100,000 through a convertible note and caused Kids 42 Investments, L.P., to make the investment. When the Series 1 funding round closed several days later I consented to the conversion of the note to an equity position, which I understood canceled the debt.

Without Fowler's assurances and the expectation that he would make good as lead investor, I would not have bought the note or allowed it to be converted..

I declare state under penalty of perjury that the foregoing is true and correct.

Executed on March  13  , 2023.

_____
Ronnie Lott