# SAPONE & PETRILLO, LLP

<u>MANHATTAN</u>

40 Fulton Street, 17th Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>

1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: ed@saponepetrillo.com

April 20, 2023

**<u>BY ECF</u>**
The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007-1312

*Re: United States v. Reginald Fowler, S3 19 Cr. 254 (ALC)*

Dear Judge Carter:

My letter to the Court this morning contained two errors regarding the dates of my recent travel to the District of Puerto Rico and the Eastern District of Wisconsin. My hearing in Puerto Rico was on April 17, 2023, not April 24, 2023, and my meeting with the Government in Wisconsin was on April 18, 2023, not April 25, 2023. I apologize for this oversight.

Respectfully submitted,

/s/ *Edward V. Sapone*
_____
Edward V. Sapone (ES-2553)
Sapone & Petrillo, LLP
40 Fulton Street, 17th Floor
New York, New York 10038
Telephone:    (212) 349-9000
ed@saponepetrillo.com
*Attorneys for Reginald Fowler*