# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

May 2, 2023

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    United States v. Reginald Fowler,
                  Docket No. 19 Cr. 254 (ALC)

Dear Judge Carter:

    I am counsel to Defendant Reginald Fowler. On April 20, 2023, Your Honor asked the Government and Mr. Fowler to submit by today a joint letter in anticipation of sentencing proceedings currently scheduled for May 17, 2023. The Government and I have been working on the letter and respectfully request an additional day to submit it.

    The Government consents to this request. Thank you for your consideration.

                                      Very truly yours,

                                      */s/ Edward V. Sapone*
                                      Edward V. Sapone

cc: AUSA Sebastian Swett