

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2023

**BY CM/ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Reginald Fowler*, 19 Cr. 254 (ALC)

Dear Judge Carter:

    The parties write in response to the Court's May 11, 2023 order for a joint status report. Dkt. No. 134. The Government has responded to the defendant's April 28, 2023 letter, referenced in the May 3, 2023 joint status report, and produced certain documents in response to that letter. The Government understands the defendant is having issues accessing the documents. The parties request that they provide a further joint status report on May 15, 2023 after the defendant has accessed and reviewed those documents.

    Regards,

    DAMIAN WILLIAMS
    United States Attorney

by: /s/
    Sheb Swett
    Samuel Raymond
    Jessica Greenwood
    Samuel P. Rothschild
    Assistant United States Attorneys
    (212) 637-6522 / 6519 / 1090 / 2504

cc: Edward Sapone, Esq. (by ECF)