```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-                               19-CR-254 (ALC)

REGINALD FOWLER,                       **ORDER**

                  Defendant.
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is scheduled for today **May 16, 2023** at **1:00 p.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 378660).

Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:    New York, New York
            May 16, 2023

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**