

Danny Abir
Alexander Cohen
Boris Treyzon
Renata Salo
Bruce M. Brusavich
Robert W. Finnerty
Terry R. Bailey
Geraldine Weiss
Douglas A. Rochen

Main Office:
16001 Ventura Boulevard, Suite 200
Encino, CA 91436

South Bay:
371 Van Ness Way, Suite 120
Torrance, CA 90501

200 Culver Blvd., Suite 208
Playa Del Rey, CA 90293

San Diego
10620 Treena Street, Suite 230
San Diego, CA 92131

Telephone: (424) 288-4367 • Fax: (424) 288-4368
actslaw.com

John F. Ramey
Eduardo J. Ascencio
Christa H. Ramey (Of Counsel)
Allyson Ostrowski
Miriam Kohansedgh
Slava Kasreliovich
A. Monica Szkopek
Sara A. McClain
James G. Perry
Katrina Yu (Of Counsel)
David S. Bederman
Joseph Finnerty
Schyler Katz
Samantha Gold
Farid E. Golshani
Alin Ghayvandian
Jonathon Farahi (Of Counsel)
Brianna Franco
Gina Esfandi
Evan Koncan
Josh Friedland
Kevin Culpepper

June 12, 2023

<u>**Via CM/ECF**</u>

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>*United States of America v. Reginald Fowler*</u>
      **Case No.**  **1:19-cr-00254-ALC**

Dear Judge Carter Jr.,

  Randolph N. Osherow, as the Chapter 7 Trustee of the substantively consolidated Chapter 7 bankruptcy estates Ebersol Sports Media Group, Inc. and five of its subsidiaries formerly operating as the Alliance of American Football (hereinafter "Chapter 7 Trustee")[1], respectfully submits this letter to be included as an interested party in the aforementioned matter, as a victim of the offense charged in Count Five, pursuant to the Restitution Order [Dkt. No. 140] entered on June 5, 2023, and filed on June 6, 2023.

---

[1] The consolidated Debtors' Estates are:
In re Legendary Field Exhibitions, LLC, Case No. 19-50900 (Bankr. W.D. Tex.).
In re AAF Players, LLC, Case No. 19-50902 (Bankr. W.D. Tex.).
In re AAF Properties, LLC, Case No. 19-50903 (Bankr. W.D. Tex.).
In re Ebersol Sports Media Group, Inc., Case No. 19-50904 (Bankr. W.D. Tex.).
In re LFE2, LLC, Case No. 19-50905 (Bankr. W.D. Tex.).
In re We Are Realtime, LLC, Case No. 19-50906 (Bankr. W.D. Tex.).

    According to the Restitution Order, Mr. Fowler is now obligated to pay restitution in the total amount of $53,189,261.80, pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A. This obligation is payable to the Chapter 7 Trustee.

    In order to proceed with collection efforts and remedies afforded Chapter 7 Trustee must be included as a party of interest.

    It is imperative to designate the Chapter 7 Trustee as a party of interest due to the potential impact the satisfaction of this Court's order will have on the bankruptcy estate. I am confident that the addition of the Chapter 7 Trustee will serve the interests of justice and promote fairness and request for Chapter 7 trustee be so added at the earliest opportunity. I appreciate your time and attention to this request and look forward to your favorable response.

    Should the court require any additional information or have any questions regarding this matter, please do not hesitate to contact me at your convenience.

Very truly yours,
**ABIR COHEN TREYZON SALO, LLP**

Boris Treyzon, Esq.

Special Litigation Counsel to
RANDOLPH N. OSHEROW, as the Chapter 7 Trustee of the Substantively Consolidated Bankruptcy Estates of AAF Players, LLC; Legendary Field Exhibitions, LLC; AAF Properties, LLC; and Ebersol Sports Media Group, Inc.