# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (347) 408-0492 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: bill@saponepetrillo.com |

July 20, 2023

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Reginald Fowler
              Docket No. 19 Cr. 254 (ALC)

Dear Judge Carter:

      I am counsel to Defendant Reginald Fowler. As it appears that the Government has made adequate efforts to meet the "modest showing" of diligence required of the government under the substitute asset statute, *see e.g.*, *United States v. Malley*, No. 21 Cr. 215 (ER), 2022 WL 2764018, at *2 (S.D.N.Y. July 15, 2022)(explaining that government's search of law enforcement's CLEAR database for defendant's assets was sufficient to meet diligence requirement under substitute asset statute); *United States v. Christie*, 249 F. Supp. 3d 739, 745 (S.D.N.Y. 2017)(finding that use of customary law enforcement techniques and resources to locate the defendant's assets satisfies the "modest showing" required by the substitute asset statutes), Defendant does not oppose the Government's Motion in Support of Its Proposed Preliminary Order of Forfeiture as to Substitute Assets.

      As always, Your Honor's consideration is very much appreciated.

                                              Respectfully submitted,

                                              */s/ Edward Sapone*
                                              Edward V. Sapone (ES-2553)
                                              Sapone & Petrillo, LLP
                                              40 Fulton Street, 17th Floor
                                              New York, New York 10038
                                              Email: ed@saponepetrillo.com
                                              *Attorneys for Reginald Fowler*