NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



FIRM and AFFILIATE OFFICES

SARAH FEHM STEWART
DIRECT DIAL: +1 973 424 2061
PERSONAL FAX: +1 973 556 1464
E-MAIL: sfstewart@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

November 29, 2023

BY ECF

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Case No: *USA v. Reginald Fowler*, Case No. 1:19-cr-00254-ALC (S.D.N.Y.) <u>Property: $180,381.91 US dollars deposited with Crypto Capital Corp. by Shift Forex and CapXM</u>

Dear Judge Carter:

    This firm represents Petitioners Shift Markets Group Inc. ("Shift Markets"), Shift Forex LLC ("Shift Forex") and CapXM LLC ("CapXM" and, collectively with Shift Markets and Shift Forex, "Shift") in the matter captioned above.

    Enclosed for filing is Shift's Petition for Remission or Mitigation of Forfeiture. (See Ex. 1). Yesterday, this office received a notification from the US Attorney's Office with a copy of the Amended Preliminary Order of Forfeiture, and a letter indicating that Shift's Petition should be filed with Your Honor. (See Ex. 2). Accordingly, please see the enclosed Petition. (Names of other Shift customers and addresses and bank account information have been redacted from the attachments thereto for privacy.)

    Please do not hesitate to contact this office if you have any questions or require additional information or documents. Thank Your Honor sincerely for your time and attention to this matter.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                            DAVID A. SUSSMAN, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800          PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Hon. Andrew L. Carter, Jr.
November 29, 2023
Page 2

                                                                                        Respectfully,

                                                                                        *Sarah Stewart*

                                                                                        Sarah Fehm Stewart
                                                                                        Partner

SFS
Enclosures

cc:  All counsel of record