# Stewart, Sarah Fehm

| | |
|---|---|
| **From:** | Lopresti, Christina (USANYS) [Contractor] <Christina.Lopresti@usdoj.gov> |
| **Sent:** | Tuesday, November 28, 2023 2:21 PM |
| **To:** | Stewart, Sarah Fehm |
| **Cc:** | Swett, Sebastian (USANYS); Raymond, Samuel (USANYS); Rothschild, Samuel (USANYS); Greenwood, Jessica (USANYS) |
| **Subject:** | United States v. Reginald D. Fowler, S3 19 Cr. 254 (ALC) |
| **Attachments:** | Shift Markets Group Notice Letter.pdf; Enclosure.pdf |

Dear Counsel,

Please be advised that I am assisting the Assistant United States Attorney's in the criminal matter, *United States v. Reginald D. Fowler, S3 19 Cr. 254 (ALC)*.  Please find attached a notice letter,  a copy of the Amended Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the Individual Rules and Practices of the Honorable Andrew L. Carter Jr., and a copy of the Electronic Case Filing Rules and Instructions for the Southern District of New York.  Please respond at your convenience to confirm your receipt of this notice.

Best regrards,
Christina LoPresti
FSA Federal - Paralegal IV
U.S. Attorney's Office - SDNY
Money Laundering & Transnational Criminal Enterprises Unit
One Saint Andrew's Plaza
New York, New York 10007