

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

April 15, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re:  <u>United States v. Reginald D. Fowler</u>; S3 19 Cr. 254 (ALC)

Dear Judge Carter:

  The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Reginald Fowler, in the Specific Property was ordered forfeited pursuant to an Amended Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 146) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney
            Southern District of New York

         By: _____
            Sebastian Swett
            Assistant United States Attorney
            Tel. (212) 637-6522

*Enclosure*